KAMALA D. HARRIS
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General
MICHAEL P. CAYABAN
Deputy Attorney General
State Bar No. 179252
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2014
 Fax: (619) 645-2012
 E-mail: Mike.Cayaban@doj.ca.gov
*Attorneys for Defendants California
Highway Patrol and Officer Sergio Flores*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACOB GREGOIRE,**<br><br>                         Plaintiff,<br><br>    v.<br><br>**CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20,**<br><br>                         Defendants. | CASE NO. : **'14CV1749 GPC DHB**<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a) [FEDERAL QUESTION]** |

To the Clerk of the Court:

Please take notice that Defendants California Highway Patrol and Sergio Flores remove to this Court the state court action described in this notice.

1. The state court action is *Gregoire v. California Highway Patrol, et al.*, filed as Case Number 37-2014-00018861 in the Superior Court of California in and for the County of San Diego.

2. A true and correct copy of a court docket in the state court action as it existed on July 21, 2014, is attached as Exhibit A.

3. On June 12, 2014, Plaintiff Jacob Gregoire filed a Complaint in the state court action naming the California Highway Patrol and Sergio Flores as defendants.

4. On or about June 26, 2014, Plaintiff served Defendants with copies of the summons and complaint in the state court action.

5. On or about July 22, 2014, an answer to complaint was filed in the state court action.

6. True and correct copies of all documents served on and by Defendants, including the complaint and the answer to the complaint, are attached as Exhibit B.

7. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a) because it arises under 42 U.S.C. § 1983 and the Fourth and Fourteenth Amendments to the United States Constitution. (See Exhibit B).

8. Defendants California Highway Patrol and Sergio Flores are entitled to remove the state court action to this Court pursuant to 28 U.S.C. sections 1441(a) and 1446(b)(2)(C).

9. The complaint indicates Plaintiff is also asserting causes against unnamed "DOE" defendants. (See Ex. B). The Superior Court docket does not

reflect the filing of any amended pleadings and, as of the date of this Notice, the undersigned counsel is unaware of any other named parties in the state-court action.

Dated: July 25, 2014

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General

S/MICHAEL P. CAYABAN
MICHAEL P. CAYABAN
Deputy Attorney General
*Attorneys for Defendants California Highway Patrol and Sergio Flores*

SD2014707454
70912518.doc