1  KAMALA D. HARRIS
   Attorney General of California
2  RICHARD F. WOLFE
   Supervising Deputy Attorney General
3  MICHAEL P. CAYABAN
   Deputy Attorney General
4  State Bar No. 179252
    110 West A Street, Suite 1100
5   San Diego, CA 92101
    P.O. Box 85266
6   San Diego, CA 92186-5266
    Telephone: (619) 645-2014
7   Fax: (619) 645-2012
    E-mail: Mike.Cayaban@doj.ca.gov
8  *Attorneys for Defendants California
   Highway Patrol and Officer Sergio Flores*
9

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12

13

| JACOB GREGOIRE,<br><br>                              Plaintiff,<br><br>          v.<br><br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20,<br><br>                              Defendants. | 14-cv-1749 GPC (DHB)<br><br>**JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION**<br><br>Current Date: September 12, 2014<br>Current Time: 2:00 p.m.<br><br>**Proposed Date: September 26, 2014**<br>**Proposed Time: 2:00 p.m.**<br><br>Courtroom: Tenth Floor (Annex)<br>Judge: The Honorable David H. Bartick<br>Trial Date: None Set<br>Action Filed: June 12, 2014 |
|---|---|

   Plaintiff Jacob Gregoire and Defendants California Highway Patrol and Sergio
Flores move jointly for an order to continue the Early Neutral Evaluation from
September 12, 2014 to September 26, 2014 at 2:00 p.m. Good cause for the
continuance exists because the Court's Chamber Rules require the personal

                                       1

1  appearance of parties and agency representatives and Defendant California
2  Highway Patrol's client-representative is not available on September 12, 2014.
3
4  Dated: August 11, 2014                    Respectfully submitted,
5                                            KAMALA D. HARRIS
                                             Attorney General of California
6                                            RICHARD F. WOLFE
                                             Supervising Deputy Attorney General
7
8
9                                            s/ Michael Cayaban
                                             MICHAEL P. CAYABAN
10                                           Deputy Attorney General
                                             *Attorneys for Defendants California
11                                           Highway Patrol and Officer Sergio
                                             Flores*
12 Dated: August 11, 2014                    THE GILLEON LAW FIRM
                                             DANIEL M. GILLEON
13                                           STEVE HOFFMAN
14
15                                           s/ Steve Hoffman
                                             STEVE HOFFMAN
16                                           *Attorneys for Plaintiff Jacob Gregoire*
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and I have obtained authorization from Stephen Hoffman to affix his signature to this document.

Dated: August 11, 2014

KAMALA D. HARRIS
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General

s / MICHAEL CAYABAN
MICHAEL P. CAYABAN
Deputy Attorney General
*Attorneys for Defendants California Highway Patrol and Officer Sergio Flores*

SD2014707454
70924450.doc

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Gregoire v. CHP**

No.:   **14-cv-1749-GPC (DHB)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On **August 11, 2014**, I served the attached

### JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION

by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

Daniel M. Gilleon
The Gilleon Law Firm
1320 Columbia Street, Suite 200
San Diego, CA 92101
*Attorney for Plaintiff*

Steve Hoffman
Law Offices of Steve Hoffman
1320 Columbia Street, Suite 200
San Diego, California 92101
*Attorney for Plaintiff*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **August 11, 2014**, at San Diego, California.

| Lynnell Bowen | *Lynnell Bowen* |
|---|---|
| Declarant | Signature |

SD2014707454
70924714.doc