UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREGOIRE,<br><br>      Plaintiff,<br><br> v.<br><br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20,<br><br>      Defendants. | Civil No. 14-cv-1749-GPC (DHB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>**[ECF No. 3]** |

On August 11, 2014, the parties filed a joint motion to continue the Early Neutral Evaluation Conference ("ENE") currently scheduled for September 12, 2014 due to the unavailability of Defendant California Highway Patrol's client representative. (ECF No. 3.) Good cause appearing, IT IS HEREBY ORDERED that the joint motion is **GRANTED** and that the ENE shall be continued until **September 26, 2014** at **2:00 p.m.** The parties shall submit ENE statements to chambers no later than **September 19, 2014**.

  **IT IS SO ORDERED.**

DATED: August 13, 2014

                 _____
                  DAVID H. BARTICK
                  United States Magistrate Judge