| | |
|---|---|
| 1 | Daniel M. Gilleon (SBN 195200) |
|   | The Gilleon Law Firm |
| 2 | 1320 Columbia Street, Suite 200 |
|   | San Diego, CA 92101 |
| 3 | Tel: 619.702.8623/Fax: 619.702.6337 |
|   | dmgilleon@gmail.com |
| 4 | |
|   | Thomas D. Luneau (SBN 145804) |
| 5 | Casey Gerry Schenk Francavilla Blatt & Penfield |
|   | 110 Laurel St |
| 6 | San Diego, CA 92101 |
|   | Tel: 619.328.1811/Fax: 619.544.9232 |
| 7 | tdl@cglaw.com |
| 8 | Steve Hoffman |
|   | Law Office of Steve Hoffman |
| 9 | 1320 Columbia Street, Suite 200 |
|   | San Diego, CA 92101 |
| 10 | Tel: 619.702.8623/Fax 619.702.6337 |
|    | shoffmanlaw@gmail.com |
| 11 | |
| 12 | Attorneys for Plaintiff JACOB GREGOIRE |

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACOB GREGOIRE, | | CASE NO. 17-CV-1749 GPC (DHB) |
| | Plaintiff, | **NOTICE OF ASSOCIATION OF COUNSEL** |
| vs. | | |
| SERGIO FLORES, an individual, and DOES 1 to 50, | | |
| | Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Casey Gerry Schenk Francavilla Blatt & Penfield, LLP, 110 Laurel Street, San Diego, CA 92101, and Steve Hoffman, 1320 Columbia Street, Suite 200, San Diego, CA 92101, hereby associate as counsel with The Gilleon Law Firm on behalf of behalf of Plaintiff Jacob Gregoire in the above-captioned action. All pleadings and other papers served on Jacob Gregoire should

1 | also be directed to:
2 |   Thomas D. Luneau
3 |   Casey Gerry Schenk Francavilla Blatt & Penfield
4 |   110 Laurel Street
5 |   San Diego, CA 92101
6 |   Tel: 619.328.1811/Fax: 619.544.9232
7 |   tdl@cglaw.com
8 | and also to:
9 |   Steve Hoffman
10 |   Law Office of Steve Hoffman
11 |   1320 Columbia Street, Suite 200
12 |   San Diego, CA 92101
13 |   Tel: 619.702.8623/Fax 619.702.6337
14 |   shoffmanlaw@gmail.com
15 |
16 |   Attorney Daniel M. Gilleon concurs in the filing of this Notice of Association
17 | of Counsel.
18 |
19 | Dated: September 19, 2014   Respectfully submitted,
20 |             THE GILLEON LAW FIRM
21 |
22 |             s/ Daniel M. Gilleon
             DANIEL M. GILLEON
             Attorney for Plaintiff
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

1  Casey Gerry Schenk Francavilla Blatt & Penfield, LLP and attorney Thomas
2  D. Luneau hereby accept the above association.

3  Dated: September 19, 2014          Respectfully submitted,
4
5                                      CASEY GERRY SCHENK
                                       FRANCAVILLA BLATT & PENFIELD,
                                       LLP
6
7                                      s/ Thomas D. Luneau
                                       THOMAS D. LUNEAU
8                                      Attorney for Plaintiff
9
10  Steve Hoffman hereby accepts the above association.
11
12  Dated: September 19, 2014          Respectfully submitted,
13                                     LAW OFFICE OF STEVE HOFFMAN
14                                     s/ Steve Hoffman
                                       STEVE HOFFMAN
15                                     Attorney for Plaintiff

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Daniel M. Gilleon, attorney for Plaintiff Jacob Gregoire, and Thomas D. Luneau, attorney for Plaintiff Jacob Gregoire, and that I have obtained Mr. Gilleon's and Mr. Luneau's authorization to affix their electronic signatures to this document.

Dated: September 19, 2014     LAW OFFICE OF STEVE HOFFMAN

By: s/ Steve Hoffman
STEVE HOFFMAN
Attorney for Plaintiff