1  *Gregoire v. California Highway Patrol, et al.*

2  U. S. Dist. Court, Southern Dist. Of CA, Case No. 14-cv-1749 GPC (DHB)

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I, the undersigned, whose business address is 1320 Columbia Street, Suite 200, San Diego, California 92101, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age and not a party to this action;

I hereby certify that on September 19, 2014, I electronically filed the within:

**NOTICE OF ASSOCIATION OF COUNSEL**

with the Clerk of the Court for the United States District Court, Southern District Of California, by using the CM/ECF system.

I certify that all parties of record to this case are either registered CM/ECF users, or have registered for electronic notice, or have consented in writing to electronic service, and that service will be accomplished through the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: September 19, 2014              s/Steve Hoffman
                                        Attorney for Plaintiff
                                        E-mail: shoffmanlaw@gmail.com

## SERVICE LIST

Michael P. Cayaban, Esq.
Deputy Attorney General
Attorney for Defendant
mike.cayaban@doj.ca.gov

Gregoire v. California Highway Patrol, et al. (14-cv-1749-GPC (DHB))
Proof of Service

1