UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JACOB GREGOIRE, | Civil No. 14-cv-1749-GPC (DHB) |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE** |
| CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20, | |
| Defendants. | |

On September 26, 2014, the Court conducted an Early Neutral Evaluation Conference in the above entitled case. The case did not settle. Pursuant to Rule 26 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED:

1. The Rule 26(f) conference shall be completed by **October 27, 2014**.

2. All parties shall fully comply with the Initial Disclosure requirements of Rule 26(a)(1) by **November 10, 2014**.

3. A proposed Joint Discovery Plan shall be submitted directly to Magistrate Judge David H. Bartick's chambers on or before **November 10, 2014** (the parties should consult Rule 26(f) for the substance of the Joint Discovery Plan).[1] With regard to electronically stored information (ESI), the parties shall address:

---

[1] The proposed Joint Discovery Plan should be emailed to efile_Bartick@casd.uscourts.gov.

  a. The nature of each parties' computer system, including the computer software and hardware system configuration, the operating and application software, and the backup, retention, storage and archival procedures regarding ESI that is relevant to the case.

  b. The preservation of ESI relevant to the case.

  c. Search terms, search protocols and methods or procedures for privilege review and protection against inadvertent disclosure of privileged ESI.

  d. Methods to minimize delay and expense of ESI through de-duplication, sampling or other means.

4. Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a Case Management Conference shall be held on **November 21, 2014** at **9:30 a.m.** before Magistrate Judge Bartick. The Case Management Conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Plaintiff's counsel shall coordinate and initiate the conference call.

**IT IS SO ORDERED.**

DATED: September 26, 2014

DAVID H. BARTICK
United States Magistrate Judge