KAMALA D. HARRIS
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General
DOUGLAS E. BAXTER
Deputy Attorney General
State Bar No. 201351
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 645-2034
 Fax:          (619) 645-2012
 E-mail:  Douglas.Baxter@doj.ca.gov
*Attorneys for Defendants California Highway Patrol and Officer Sergio Flores*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREGOIRE,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20,<br><br>　　　　　　　　Defendants. | Case No.: 14-cv-01749-GPC (DHB)<br><br>**NOTICE OF CHANGE OF RESPONSIBILITY FOR REPRESENTATION OF DEFENDANTS**<br><br>Courtroom: 2D<br>Judge:　　The Honorable Gonzalo P. Curiel |

**TO THE COURT AND TO ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that responsibility for the above-entitled action on behalf of Defendants California Highway Patrol and Officer Sergio Flores has been transferred from Deputy Attorney General Michael P. Cayaban to Deputy Attorney General Douglas E. Baxter.  Mr. Baxter's contact information is as follows:

/ / /

1

| | | |
|---|---|---|
| 1 | 110 West A Street, Suite 1100 | |
| 2 | P.O. Box 85266<br>San Diego, CA 92186-5266 | |
| 3 | Tel: (619) 645-2034<br>Fax: (619) 645-2012 | |
| 4 | E-mail: Douglas.Baxter@doj.ca.gov | |
| 5 | Dated: February 13, 2015 | Respectfully submitted, |
| 6 | | KAMALA D. HARRIS |
| 7 | | Attorney General of California<br>RICHARD F. WOLFE |
| 8 | | Supervising Deputy Attorney General |
| 9 | | |
| 10 | | s/DOUGLAS E. BAXTER<br>DOUGLAS E. BAXTER |
| 11 | | Deputy Attorney General<br>*Attorneys for Defendants* |
| 12 | | *California Highway Patrol<br>and Officer Sergio Flores* |

26  SD2014707454
27  71030109.doc

28

2

## CERTIFICATE OF SERVICE

Case Name:  **Gregoire v. CHP**          Case No.  **14-cv-01749-GPC (DHB)**

I hereby certify that on **February 13, 2015**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### NOTICE OF CHANGE OF RESPONSIBILITY FOR REPRESENTATION OF DEFENDANTS

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **February 13, 2015**, at San Diego, California.

| A. Lopez | *[signature]* |
|---|---|
| Declarant | Signature |

SD2014707454
71030153.doc