KAMALA D. HARRIS
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General
DOUGLAS E. BAXTER
Deputy Attorney General
State Bar No. 201351
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 645-2034
 Fax:          (619) 645-2012
 E-mail:  Douglas.Baxter@doj.ca.gov
*Attorneys for Defendants State of California (by and through the California Highway Patrol) and Sergio Flores*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACOB GREGOIRE,**<br><br>                                      Plaintiff,<br><br>      v.<br><br>**CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20,**<br><br>                                      Defendants. | Case No.: 14-cv-01749-GPC (DHB)<br><br>**JOINT MOTION BY PARTIES TO EXTEND CERTAIN DISCOVERY DEADLINES**<br><br>Date:           Ex Parte<br>Time:          Ex Parte<br>Courtroom: Tenth Floor (Annex)<br>Judge:         The Honorable David H. Bartick |

Plaintiff Jacob Gregoire and Defendants State of California (California Highway Patrol) and Sergio Flores (all by and through their attorneys of record) jointly move the Court for extensions of the deadlines for completing fact discovery, initial expert witness disclosures, rebuttal expert witness disclosures, and expert discovery based on the following grounds:

1

JOINT MOTION BY PARTIES TO EXTEND CERTAIN DISCOVERY DEADLINES (14-cv-01749-GPC (DHB))

(1) Whereas the noticed deposition of Defendant Sergio Flores for May 12, 2014, cannot take place because Mr. Flores will be on a pre-planned vacation out of the county until the end of May and defense counsel has a conflicting mediation;

(2) Whereas Plaintiff has sought discovery of Officer Flores' personnel file and CHP policy manual information requiring resolution of official information privilege objections and privacy contentions that will require either Court resolution or agreements on and entry of protective orders;

(3) Whereas Plaintiff seeks the documents identified in item 2 above prior to taking the depositions of certain CHP officers in or about the second week of May;

(4) Whereas it is anticipated that all the work necessary to prepare privilege logs, prepare a proposed stipulation for protective order, and (if an agreement cannot be reached on the protective order) to seek formal court resolution of the protective issues cannot be accomplished by that time;

(5) Whereas defense counsel will face the additional difficulty in the first two weeks of May of having to work extra hours to organize files and materials for the pending relocation of the entire San Diego Attorney General's Office to another building (which will be occurring in phases between the second and third weeks of May);

(6) Whereas Plaintiff has identified two psychiatry providers as experts to testify about severe emotional distress damages in this action;

(7) Whereas Defendants recently received Plaintiff's psychiatry records and need additional time to have their medical expert review these records;

(8) Whereas Defendants' medical expert will be out of the country from April 29, 2015, to May 28, 2015, and cannot work on this action during that period;

(9) Whereas Defendants intend to seek either a stipulation or court order to allow their psychiatry expert to conduct an Independent Medical Examination (IME) on Plaintiff to evaluate his claims of severe emotional distress;

(10) Whereas it is anticipated that Defendants' medical expert cannot conduct the IME until early June 2015;

(11) Whereas Defendants intend to depose Plaintiff but have not yet been able to procure Plaintiff's employment records (which will be needed for his deposition) due to delays caused by the Chula Vista Fire Department in responding to Defendants' records subpoena (which was served on March 25, 2015);

(12) Whereas the current deadline for completing fact discovery is May 21, 2015 (Doc. 9, ¶ 5);

(13) Whereas the current deadline for completing expert witness discovery is August 21, 2015 (Doc. 9, ¶ 5);

(14) Whereas the current deadline for initial expert witness disclosures under Fed. R. Civ. P. 26(a)(2) is June 26, 2015 (Doc. 9, ¶ 4);

(15) Whereas the current deadline for rebuttal expert witness disclosures is July 24, 2015 (Doc. 9, ¶ 4);

The parties stipulate to and jointly request the Court to change the aforementioned deadlines to the following:

(1) The deadline to complete all discovery, other than expert witness discovery, be continued to July 6, 2015.

(2) The deadline to complete expert discovery be continued to September 14, 2015.

(3) The deadline for initial expert witness disclosures under Fed. R. Civ. Proc. 26(a)(2) be continued to July 20, 2015.

(4) The deadline for rebuttal expert witness disclosures be continued to August 20, 2015.

/ / /

/ / /

/ / /

/ / /

3

JOINT MOTION BY PARTIES TO EXTEND CERTAIN DISCOVERY DEADLINES (14-cv-01749-GPC (DHB))

| | | |
|---|---|---|
| 1 | Dated:  April 28, 2015 | Respectfully submitted, |
| 2 | | CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP |
| 3 | | |
| 4 | | |
| 5 | | s/THOMAS D. LUNEAU, ESQ. THOMAS D. LUNEAU, ESQ. |
| 6 | | *Attorneys for Plaintiff Jacob Gregoire* |
| 7 | | |
| 8 | Dated:  April 28, 2015 | Respectfully submitted, |
| | | GILLEON LAW FIRM |
| 9 | | |
| 10 | | |
| 11 | | s/DANIEL M. GILLEON, ESQ. DANIEL M. GILLEON, ESQ. |
| 12 | | *Attorneys for Plaintiff Jacob Gregoire* |
| 13 | | |
| 14 | Dated:  April 28, 2015 | Respectfully submitted, |
| 15 | | LAW OFFICE OF STEVE HOFFMAN |
| 16 | | |
| 17 | | |
| 18 | | s/STEPHEN E. HOFFMAN, ESQ. STEPHEN E. HOFFMAN, ESQ. |
| 19 | | *Attorneys for Plaintiff Jacob Gregoire* |
| 20 | / / / | |
| 21 | / / / | |
| 22 | / / / | |
| 23 | / / / | |
| 24 | / / / | |
| 25 | / / / | |
| 26 | / / / | |
| 27 | / / / | |
| 28 | / / / | |

4

JOINT MOTION BY PARTIES TO EXTEND CERTAIN DISCOVERY DEADLINES (14-cv-01749-GPC (DHB))

| | | |
|---|---|---|
| 1 | Dated: April 28, 2015 | Respectfully submitted, |
| 2 | | KAMALA D. HARRIS<br>Attorney General of California |
| 3 | | RICHARD F. WOLFE<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | |
| 6 | | s/DOUGLAS E. BAXTER<br>DOUGLAS E. BAXTER |
| 7 | | Deputy Attorney General<br>*Attorneys for Defendants State of* |
| 8 | | *California (by and through the*<br>*California Highway Patrol) and*<br>*Sergio Flores* |
| 9 | | |

I, Douglas E. Baxter, by my signature above, affirm and certify that all other signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

SD2014707454
71073788.doc

5