1  KAMALA D. HARRIS
   Attorney General of California
2  RICHARD F. WOLFE
   Supervising Deputy Attorney General
3  DOUGLAS E. BAXTER
   Deputy Attorney General
4  State Bar No. 201351
     110 West A Street, Suite 1100
5    San Diego, CA 92101
     P.O. Box 85266
6    San Diego, CA 92186-5266
     Telephone:  (619) 645-2034
7    Fax:           (619) 645-2012
     E-mail:  Douglas.Baxter@doj.ca.gov
8  *Attorneys for Defendants State of California
   (by and through the California Highway
9  Patrol) and Sergio Flores*

10        **IN THE UNITED STATES DISTRICT COURT**

11      **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

12

13

| | |
|---|---|
| JACOB GREGOIRE,<br><br>                                    Plaintiff,<br><br>          v.<br><br>CALIFORNIA HIGHWAY PATROL,<br>an agency of the State of California;<br>SERGIO FLORES, and DOES 1 to 20,<br><br>                                    Defendants. | Case No.: 14-cv-01749-GPC (DHB)<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION BY PARTIES TO EXTEND CERTAIN DISCOVERY DEADLINES**<br><br>Date:            Ex Parte<br>Time:            Ex Parte<br>Courtroom:  Tenth Floor (Annex)<br>Judge:          The Honorable David H. Bartick |

                       **INTRODUCTION**

        All parties to this action jointly bring this Motion to request extensions of the

deadlines for completing fact discovery, expert witness discovery, expert witness

disclosures, and rebuttal expert witness disclosures.  The grounds for the request are

set forth in the parties' Joint Motion.

/ / /

/ / /

                                        1

**ARGUMENT**

The Court has the authority to modify its scheduling order pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure.  This provision provides:  "A schedule may be modified only for good cause and with the judge's consent."  In addition, Rule 6(b) of the Federal Rules of Civil Procedure provides in pertinent part:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time:
>
> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]

In addition to these statutory sources of authority to modify the deadline for filing a motion to compel, the Court has the inherent power to control and manage its docket and the course of proceedings.  *Southern California Edison Co. v. Lynch*, 307 F.3d 794, 807 (9th Cir. 2002) (citing *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992)).

"Good cause" to modify a scheduling order exists if the deadline for which modification is sought cannot reasonably be met despite the moving party's diligence.  *Noyes v. Kelly Services*, 488 F.3d 1163, 1174  n. 6 (9th Cir. 2007); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir.  1992).

**CONCLUSION**

For the reasons stated in the Joint Motion by Parties to Extend Certain Discovery Deadlines, there is good cause to grant the parties' requests for extensions of the discovery deadlines.   The parties request that the following new deadlines be set:

(1)  The deadline to complete all discovery, other than expert witness discovery, be continued to July 6, 2015.

(2)  The deadline to complete expert discovery be continued to September 14, 2015.

2

1      (3)  The deadline for initial expert witness disclosures under Fed. R. Civ. Proc.

2  26(a)(2) be continued to July 20, 2015.

3      (4)  The deadline for rebuttal expert witness disclosures be continued to

4  August 20, 2015.

6  Dated:  April 28, 2015          Respectfully submitted,

7                    CASEY GERRY SCHENK

8                    FRANCAVILLA BLATT &
PENFIELD, LLP

10                  s/THOMAS D. LUNEAU, ESQ.

11                  THOMAS D. LUNEAU, ESQ.
*Attorneys for Plaintiff Jacob*
*Gregoire*

13  Dated:  April 28, 2015          Respectfully submitted,

14                    GILLEON LAW FIRM

16                  s/DANIEL M. GILLEON, ESQ.

17                  DANIEL M. GILLEON, ESQ.
*Attorneys for Plaintiff Jacob*
*Gregoire*

19  Dated:  April 28, 2015          Respectfully submitted,

20                    LAW OFFICE OF STEVE
HOFFMAN

23                  s/STEPHEN E. HOFFMAN, ESQ.

24                  STEPHEN E. HOFFMAN, ESQ.
*Attorneys for Plaintiff Jacob*
*Gregoire*

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION BY
PARTIES TO EXTEND CERTAIN DISCOVERY DEADLINES (14-cv-01749-GPC (DHB))

Dated:  April 28, 2015

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General


s/DOUGLAS E. BAXTER
DOUGLAS E. BAXTER
Deputy Attorney General
*Attorneys for Defendants State of
California (by and through the
California Highway Patrol) and
Sergio Flores*

I, Douglas E. Baxter, by my signature above, affirm and certify that all other signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

SD2014707454
71074170.doc

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION BY PARTIES TO EXTEND CERTAIN DISCOVERY DEADLINES (14-cv-01749-GPC (DHB))