## CERTIFICATE OF SERVICE

Case Name:   **Gregoire v. CHP**          Case No.   **14-cv-01749-GPC (DHB)**

I hereby certify that on **May 1, 2015**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT MOTION BY PARTIES TO EXTEND CERTAIN DISCOVERY DEADLINES**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION BY PARTIES TO EXTEND CERTAIN DISCOVERY DEADLINES**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **May 1, 2015**, at San Diego, California.

|  A. Lopez  |  *[signature]*  |
|  Declarant  |  Signature  |

SD2014707454
71076462.doc