UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREGOIRE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLROES; and DOES 1 to 20,<br><br>　　　　　Defendants. | Civil No. 14cv1749-GPC (DHB)<br><br>**ORDER GRANTING JOINT MOTION BY PARTIES TO EXTEND CERTAIN DISCOVERY DEADLINES**<br><br>**[ECF No. 11]** |

On May 1, 2015, the parties filed a joint motion requesting an extension of certain discovery deadlines. (ECF No. 11.) Good cause appearing, the joint motion is **GRANTED**. Accordingly, IT IS HEREBY ORDERED:

1. The May 21, 2015 fact discovery cutoff shall be continued to **July 6, 2015**.

2. The June 26, 2015 expert disclosure deadline shall be continued to **July 20, 2015**.

3. The July 24, 2015 rebuttal expert disclosure deadline shall be continued to **August 20, 2015**.

4. The August 21, 2015 expert discovery cutoff shall be continued to **September 14, 2015**.

1

1
2         All other remaining deadlines set forth in the Court's November 21, 2014 Scheduling Order (ECF No. 9) shall remain as scheduled.

3         IT IS SO ORDERED.

4    Dated: May 4, 2015

5
6                                                 Hon. David H. Bartick
                                                  United States Magistrate Judge