1  KAMALA D. HARRIS
   Attorney General of California
2  RICHARD F. WOLFE
   Supervising Deputy Attorney General
3  DOUGLAS E. BAXTER
   Deputy Attorney General
4  State Bar No. 201351
    600 West Broadway, Suite 1800
5  San Diego, CA 92101
   P.O. Box 85266
6  San Diego, CA 92186-5266
   Telephone:  (619) 645-2034
7  Fax:        (619) 645-2012
   E-mail:  Douglas.Baxter@doj.ca.gov
8  *Attorneys for Defendant State of California*
   *(by and through the California Highway*
9  *Patrol) and Sergio Flores*

10              **IN THE UNITED STATES DISTRICT COURT**

11           **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

12

13

14

15  JACOB GREGOIRE,                        Case No.: 14-cv-01749-GPC (DHB)

16                        Plaintiff,       **MEMORANDUM OF POINTS AND
                                           AUTHORITIES IN SUPPORT OF
                                           JOINT MOTION TO CONTINUE
17          v.                             DISCOVERY AND MOTION
                                           FILING DEADLINES**
18  CALIFORNIA HIGHWAY PATROL,
    an agency of the State of California;  Date:        Ex Parte
19  SERGIO FLORES, and DOES 1 to 20,       Time:        Ex Parte
                                           Courtroom:   Tenth Floor (Annex)
20                        Defendants.      Judge:       The Honorable David H.
                                                        Bartick
21

22                          **INTRODUCTION**

23       All parties to this action jointly bring this Motion to request extensions of the

24  deadlines for completing fact discovery, expert witness discovery, expert witness

25  disclosures, rebuttal expert witness disclosures, and the motions filing deadlines.

26  The grounds for the request are set forth in the parties' Joint Motion.

27  / / /

28  / / /

                                        1
       MEMO. OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO
       CONTINUE DISCOVERY AND MOTION FILING DEADLINES (14-cv-01749-GPC (DHB))

**ARGUMENT**

The Court has the authority to modify its scheduling order pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure.  This provision provides:  "A schedule may be modified only for good cause and with the judge's consent."  In addition, Rule 6(b) of the Federal Rules of Civil Procedure provides in pertinent part:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time:
>
> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]

In addition to these statutory sources of authority to modify the deadline for filing a motion to compel, the Court has the inherent power to control and manage its docket and the course of proceedings.  *Southern California Edison Co. v. Lynch*, 307 F.3d 794, 807 (9th Cir. 2002) (citing *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992)).

"Good cause" to modify a scheduling order exists if the deadline for which modification is sought cannot reasonably be met despite the moving party's diligence.  *Noyes v. Kelly Services*, 488 F.3d 1163, 1174  n. 6 (9th Cir. 2007); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir.  1992).

**CONCLUSION**

For the reasons stated in the Joint Motion to Continue Discovery and Motion Filing Deadlines, there is good cause to grant the parties' requests for extensions of the discovery deadlines.   The parties request that the following new deadlines be set:

(1)  The deadline to complete all discovery, other than expert witness discovery, be continued to September 11, 2015.

(2)  The deadline for initial expert witness disclosures under Fed. R. Civ. Proc. 26(a)(2) be continued to September 25, 2015.

2

1    (3)  The deadline for rebuttal expert witness disclosures be continued to

2  October 23, 2015.

3    (4)  The deadline to complete expert discovery be continued to November 24,

4  2015.

5    (5)  The deadline for dispositive motions to be filed be continued to December

6  18, 2015.

7    (6)  The Mandatory Settlement Conference remain as set on December 4,

8  2015.

9    (7)  The deadline for pretrial disclosures under Rule 26(a)(3) remain as set on

10  December 18, 2015.

11    (8)  All other deadlines set in paragraphs 11 through 15 of the Court's original

12  Scheduling Order (Doc. 9) remain as set.

13

14

15  Dated:  July 6, 2015                          Respectfully submitted,

16                                                CASEY GERRY SCHENK
                                                  FRANCAVILLA BLATT &
17                                                PENFIELD, LLP

18

19                                                s/Thomas D. Luneau
20                                                THOMAS D. LUNEAU, ESQ.
                                                  *Attorneys for Plaintiff Jacob
21                                                Gregoire*

22  Dated:  July 6, 2015                          Respectfully submitted,

                                                  GILLEON LAW FIRM
23

24

25                                                s/DANIEL M. GILLEON
                                                  DANIEL M. GILLEON, ESQ.
26                                                *Attorneys for Plaintiff Jacob
                                                  Gregoire*

27

28
                                         3

1    Dated:  July 6, 2015                              Respectfully submitted,

2                                                              LAW OFFICE OF STEVE
                                                               HOFFMAN
3

4

5                                                              s/STEPHEN E. HOFFMAN
                                                               STEPHEN E. HOFFMAN, ESQ.
                                                               *Attorneys for Plaintiff Jacob*
6                                                              *Gregoire*

7
     Dated:  July 6, 2015                              Respectfully submitted,
8
                                                               KAMALA D. HARRIS
9                                                              Attorney General of California
                                                               RICHARD F. WOLFE
10                                                             Supervising Deputy Attorney General

11

12                                                             s/DOUGLAS E. BAXTER
                                                               DOUGLAS E. BAXTER
13                                                             Deputy Attorney General
                                                               *Attorneys for Defendants State of*
14                                                             *California (by and through the*
                                                               *California Highway Patrol) and*
15                                                             *Sergio Flores*

16

17
          I, Douglas E. Baxter, by my signature above, affirm and certify that all other
18
     signatories listed above, and on whose behalf this filing is submitted, concur in the
19
     filing's content and have authorized the filing.
20

21

22   SD2014707454
     81094409.doc
23

24

25

26

27

28
                                                 4
     MEMO. OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO
     CONTINUE DISCOVERY AND MOTION FILING DEADLINES (14-cv-01749-GPC (DHB))