# CERTIFICATE OF SERVICE

Case Name:  **Gregoire v. CHP**                    No.    **14-cv-01749-GPC (DHB)**

I hereby certify that on **July 7, 2015**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

> **JOINT MOTION TO CONTINUE DISCOVERY AND MOTION FILING DEADLINES;**
>
> **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO CONTINUE DISCOVERY AND MOTION FILING DEADLINES;**
>
> **[PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

- **Daniel Mark Gilleon**
  dmg@mglawyers.com,ldp@mglawyers.com
- **Steve Hoffman**
  shoffmanlaw@gmail.com
- **Thomas D Luneau**
  tdl@cglaw.com,sleonard@cglaw.com

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 7, 2015**, at San Diego, California.

_____                _____
Roberta L. Matson                                                              Signature
Declarant

81096185.doc