```
 1  KAMALA D. HARRIS
    Attorney General of California
 2  RICHARD F. WOLFE
    Supervising Deputy Attorney General
 3  DOUGLAS E. BAXTER
    Deputy Attorney General
 4  State Bar No. 201351
     600 West Broadway, Suite 1800
 5   San Diego, CA 92101
     P.O. Box 85266
 6   San Diego, CA 92186-5266
     Telephone:  (619) 645-2034
 7   Fax:  (619) 645-2012
     E-mail:  Douglas.Baxter@doj.ca.gov
 8  Attorneys for Defendants State of California
    (by and through the California Highway
 9  Patrol) and Sergio Flores
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACOB GREGOIRE,** | 14-cv-01749-GPC (DHB) |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS AND OTHER CONTACT INFORMATION** |
| v. | |
| **CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20,** | |
| Defendants. | |

**Please take notice** that effective May 21, 2015, the address and other contact information for counsel for Defendants State of California (by and through the California Highway Patrol) and Sergio Flores are as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

1

| | |
|---|---|
| 1 | Douglas E. Baxter |
| 2 | Deputy Attorney General |
| | 600 West Broadway, Suite 1800 |
| 3 | San Diego, CA 92101 |
| | P.O. Box 85266 |
| 4 | San Diego, CA 92186-5266 |
| | Telephone: (619) 645-2034 |
| 5 | Fax: (619) 645-2581 |
| | E-mail: Douglas.Baxter@doj.ca.gov |

6   Dated: July 9, 2015                    Respectfully submitted,

7                                          KAMALA D. HARRIS
                                           Attorney General of California
8                                          KRISTIN G. HOGUE
                                           Senior Assistant Attorney General
9                                          RICHARD F. WOLFE
                                           Supervising Deputy Attorney
10                                         General

11

12                                         **s/Douglas E. Baxter**
                                           DOUGLAS E. BAXTER
13                                         *Attorneys for Defendants*
                                           *State of California (by and through the*
14                                         *California Highway Patrol) and*
                                           *Sergio Flores*

15

16

17

18

19

20

21

22

23

24

25

26

27   SD2014707454/81098249.doc

28

2

Not. of Change of Address and Other Contact Information  (14-cv-01749-GPC (DHB))

## CERTIFICATE OF SERVICE

Case Name:   **Gregoire v. CHP**                    No.   **14-cv-01749-GPC (DHB)**

I hereby certify that on **July 9, 2015**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF CHANGE OF ADDRESS AND OTHER CONTACT INFORMATION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

- **Daniel Mark Gilleon**
  dmg@mglawyers.com,ldp@mglawyers.com
- **Steve Hoffman**
  shoffmanlaw@gmail.com
- **Thomas D Luneau**
  tdl@cglaw.com,sleonard@cglaw.com

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 9, 2015**, at San Diego, California.

_____              _____
J.L. Hall                                                    Signature
Declarant

81096185.doc