# CERTIFICATE OF SERVICE

Case Name:  **Gregoire v. CHP**             No.   **14-cv-01749-GPC (DHB)**

I hereby certify that on <u>July 29, 2015</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER REGARDING PEACE OFFICER PERSONNEL FILES**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>July 29, 2015</u>, at San Diego, California.

|  J.L. Hall  | _[signature]_ |
|:---:|:---:|
| Declarant | Signature |

81113844.doc