# CERTIFICATE OF SERVICE

| | |
|---|---|
| Case Name:  **Gregoire v. CHP** | No.  **14-cv-01749-GPC (DHB)** |

I hereby certify that on <u>August 13, 2015</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**PARTIES' JOINT MOTION TO ALLOW DEPOSITION OF CERTAIN WITNESSES AND MEDICAL EXAMINATION AFTER DISCOVERY DEADLINE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 13, 2015</u>, at San Diego, California.

| J.L. Hall | *[signature]* |
|---|---|
| Declarant | Signature |

81126582.doc