UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREGOIRE,<br><br>                                  Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20,<br>                                  Defendants. | Case No.: 14cv1749-GPC (DHB)<br><br>**ORDER GRANTING PARTIES' JOINT MOTION TO ALLOW DEPOSITIONS OF CERTAIN WITNESSES AND MEDICAL EXAMINATION AFTER DISCOVERY DEADLINE**<br><br>**[ECF No. 18]** |

     Based on the Parties' Joint Motion to Allow Deposition of Certain Witnesses and Medical Examination after Discovery Deadline (ECF No. 18), filed on August 13, 2015, and good cause appearing thereon, IT IS HEREBY ORDERED:

     (1)    The depositions of Plaintiff Jacob Gregoire, Chula Vista Fire Department Captain David Albright, and California Highway Patrol Sergeant Dan Kyle may take place on or before **September 18, 2015**.

     (2)    Dr. Dominic Addario's medical examination of Plaintiff, as described in the joint motion, may take place on or before **September 18, 2015**.

     (3)    Dr. Addario shall provide an amended expert witness report within fourteen (14) days of receiving Plaintiff's deposition transcript or conducting the medical

1

1 examination, whichever is later.

2     IT IS SO ORDERED.

3 Dated: August 14, 2015

                                 DAVID H. BARTICK
                                 United States Magistrate Judge