KAMALA D. HARRIS
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General
DOUGLAS E. BAXTER
Deputy Attorney General
State Bar No. 201351
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 645-2034
 Fax:         (619) 645-2012
 E-mail:  Douglas.Baxter@doj.ca.gov
*Attorneys for Defendant State of California
(by and through the California Highway
Patrol) and Sergio Flores*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREGOIRE,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20,<br><br>Defendants. | 3:14-cv-01749-GPC-DHB<br><br>**JOINT MOTION TO EXTEND DEADLINE TO FILE MOTIONS**<br><br>Courtroom: Tenth Floor (Annex)<br>Judge:     Hon. David H. Bartick |

Plaintiff Jacob Gregoire and Defendants State of California and Sergio Flores jointly present this motion jointly.

## REQUEST

The parties request an extension of the deadline to file dispositive motions. The current deadline is November 9, 2015. The requested new deadline is November 23, 2015.

1

Although the parties have made previous requests to modify scheduling orders, they have made only one previous request to extend the deadline to file motions. The previous request was granted in part. This second request seeks an extension of the motion-filing deadline to a date earlier than that requested in the previous request. As set forth before, the parties have proceeded diligently in this matter, but the requested relief is necessary to accommodate defense's counsel work schedule and recent medical condition. See Decl. of Wolfe.

## PREVIOUS MODIFICATIONS

The initial Scheduling Order was entered November 21, 2014. (ECF 9.) The order set a deadline of September 21, 2015, to file motions. (ECF 9, ¶ 6)

On May 1, 2015, the parties submitted a joint motion to extend certain discovery deadlines. (ECF 11.) The parties did not request extension of the deadline to file motions. The motion was granted. (ECF 12.)

On July 7, 2015, the parties submitted a joint motion to extend certain discovery deadlines and to extend the motion-filing deadline. (ECF 13.) With respect to the motion deadline, the parties requested an extension of the original date of September 21, 2015, to December 18, 2015. The motion was granted in part. (ECF 15.) The motion-filing deadline was extended to November 9, 2015. (ECF 15, ¶ 5.)

On August 13, 2015, the parties submitted a joint motion to allow certain depositions and a medical examination after the discovery deadline. The parties did not request an extension of the motion-filing deadline. The motion was granted. (ECF 19.)

## STATUS OF LITIGATION

Both sides exchanged written discovery. Plaintiff propounded requests for documents, to which Defendants responded. The parties also stipulated to a protective covering peace officer personnel records. (ECF 16, 17.) Defendants

served interrogatories and requests for admission. Plaintiff responded. Defendants also subpoenaed Plaintiff's medical and employment records.

The following depositions have been completed: Plaintiff Jacob Gregoire, Defendant Sergio Flores (Part I), and witnesses Sergeant Pacheco, Officer Colunga, and Captain Albright.

The parties designated experts and exchanged reports. Plaintiff's experts are Roger Clark (police practices), Neil Alex, M.D. (psychiatrist), and Breffni Barrett, Ph.D. (psychologist). Defendants' experts are Grey Meyer (police practices), Officer Stout (incident command issues), and Dominick Addario, M.D. (psychiatrist). Dr. Addario also conducted a defense examination of Plaintiff.

## CONCLUSION

Both sides join in the request. They believe the case warrants consideration of summary judgment. Moreover, the parties agree it is appropriate to accommodate defense counsel's medical issues and work schedule.

Dated: November 4, 2015            Respectfully submitted,

CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP

s/Thomas D. Luneau
THOMAS D. LUNEAU, ESQ.
*Attorneys for Plaintiff Jacob Gregoire*

Dated: November 4, 2015            Respectfully submitted,

GILLEON LAW FIRM

s/DANIEL M. GILLEON
DANIEL M. GILLEON, ESQ.
*Attorneys for Plaintiff Jacob Gregoire*

| | | |
|---|---|---|
| Dated:  November 4, 2015 | | Respectfully submitted, |
| | | LAW OFFICE OF STEVE HOFFMAN |
| | | s/Stephen E. Hoffman |
| | | STEPHEN E. HOFFMAN, ESQ. |
| | | *Attorneys for Plaintiff Jacob Gregoire* |
| Dated:  November 4, 2015 | | Respectfully submitted, |
| | | KAMALA D. HARRIS |
| | | Attorney General of California |
| | | RICHARD F. WOLFE |
| | | Supervising Deputy Attorney General |
| | | DOUGLAS E. BAXTER |
| | | Deputy Attorney General |
| | | s/RICHARD F. WOLFE |
| | | RICHARD F. WOLFE |
| | | Supervising Deputy Attorney General |
| | | *Attorneys for Defendants State of California (by and through the California Highway Patrol) and Sergio Flores* |

## DECLARATION OF RICHARD WOLFE

I make the following declaration based on my personal knowledge.

I am a Supervising Deputy Attorney General for the State of California.  The Office of the Attorney General is counsel of record for Defendants in this matter.  The Deputy Attorney General assigned to this case is Douglas E. Baxter.  I am his supervisor.

On Monday morning, November 2, 2015, I received a telephone call from Mr. Baxter advising me he had a medical condition requiring a hospital visit over the weekend.  He also advised me the condition was causing pain and the prescribed

medication was making it difficult to work. I encouraged Mr. Baxter to stay home and attend to his medical condition.

Citing the press of business, including the deadline in this action to file a motion for summary judgment, Mr. Baxter came to office. I instructed Mr. Baxter to return home, take the balance of the week to recover, and to not work while at home. Before he left the office, I gave Mr. Baxter permission to contact Plaintiff's counsel and request that they join in a motion to extend the current motion-filing deadline.

On Tuesday, November 3, 2015, Mr. Baxter called to advise me that Plaintiff's counsel had agreed to extend the deadline.

Mr. Baxter also informed me during our telephone conversation on November 3, 2015, that he had been seen for follow-up by his physician, who instructed him to stay off work through Thursday, November 5, 2015.

In addition to Mr. Baxter's medical situation, his practice is extremely busy. For example, his current trial schedule is as follows: December 8, 2015: *Oglesby v. McEwen*, No. 3:11-cv-03026-DMS-MDD (S.D. Cal.); December 11, 2015, *Albarran v. State of Caliornia*, No. 37-2013-00075278-CU-PA-NC (Super. Ct. San Diego County); January 11, 2016: *Lewis v. Boso*, No. 30-2014-00753441-CU-PA-CJC (Super. Ct. Orange County): and *Sheets v. Department of Parks and Recreation*, No. 30-2014-00743912-CU-PA-CJC (Orange County Superior Court). In an effort to assist Mr. Baxter, I have assigned an additional Deputy Attorney General to *Albarran* and *Lewis*, and have personally handled some of the day-to-day work on Mr. Baxter's other cases.

The combination of Mr. Baxter's work schedule and medical condition prevents him from completing the defense motion for summary judgment by the current deadline of November 9, 2015.

/ / /

/ / /

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.

4  Dated: November 3, 2015           s/Richard F. Wolfe

9  SD2014707454
10 81189048.doc

## CERTIFICATE OF SERVICE

Case Name:  **Gregoire v. CHP**          No.  **14-cv-01749-GPC (DHB)**

I hereby certify that on November 5, 2015, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT MOTION TO EXTEND DEADLINE TO FILE MOTIONS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 5, 2015, at San Diego, California.

J. L. Hall
Declarant

Signature

SD2014707454
81189164.doc