UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREGOIRE,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20,<br><br>    Defendants. | No. 3:14-cv-01749-GPC-DHB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE MOTIONS** |

Based on the parties' Joint Motion to Extend Deadline to File Motions (ECF 20), filed November 5, 2015, and good cause appearing, **IT IS ORDERED** that the deadline to file motions (other than in limine motions) is extended from November 9, 2015, to **November 23, 2015**.

IT IS SO ORDERED.

Dated: November 5, 2015

_____
Hon. Gonzalo P. Curiel
United States District Judge