| | |
|---|---|
| 1 | KAMALA D. HARRIS |
| | Attorney General of California |
| 2 | RICHARD F. WOLFE |
| | Supervising Deputy Attorney General |
| 3 | DOUGLAS E. BAXTER |
| | Deputy Attorney General |
| 4 | State Bar No. 201351 |
| |   600 West Broadway, Suite 1800 |
| 5 |   San Diego, CA 92101 |
| |   P.O. Box 85266 |
| 6 |   San Diego, CA 92186-5266 |
| |   Telephone:  (619) 645-2034 |
| 7 |   Fax:           (619) 645-2012 |
| |   E-mail:  Douglas.Baxter@doj.ca.gov |
| 8 | *Attorneys for Defendants State of California (by and through the California Highway Patrol)* |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREGOIRE, | Case No.: 14-cv-01749-GPC (DHB) |
| Plaintiff, | **DEFENDANTS' EX PARTE APPLICATION TO ALLOW TELEPHONIC APPEARANCE OF CHP REPRESENTATIVE AT MANDATORY SETTLEMENT CONFERENCE** |
| v. | |
| CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20, | |
| Defendants. | Date:         Ex Parte |
| | Time:         Ex Parte |
| | Courtroom: Tenth Floor (Annex) |
| | Judge:        The Honorable David H. Bartick |

**TO PLAINTIFF, JACOB GREGOIRE (BY AND THROUGH HIS ATTORNEYS OF RECORD), AND THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendants State of California (by and through the California Highway Patrol) and Sergio Flores respectfully submit this ex parte application for an order allowing Carolyn Lloyd, Assistant Chief Counsel for the California Highway Patrol, to appear telephonically at the December 4, 2015, Mandatory Settlement Conference.

1

DEFENDANTS' EX PARTE APP. TO ALLOW TELEPHONIC APPEARANCE OF CHP
REPRESENTATIVE AT MSC (14-cv-01749-GPC (DHB))

This application is based on the grounds that CHP's Chief Counsel, Kim Hunter, has encountered serious medical issues that prevent her from attending in person. Ms. Lloyd has now been tasked with fulfilling her own role as the Assistant Chief Counsel while at the same time serving as Acting Chief Counsel and fulfilling the duty of managing all of CHP's civil litigation matters around the State. Ms. Lloyd is heavily overtasked right now and for the indefinite future. Because she is performing multiple roles at the highest level of the CHP Office of Legal Affairs, it would be extremely burdensome for her to leave her post in Sacramento to travel to San Diego on December 4, 2015. Ms. Lloyd can appear telephonically, and she has authority to negotiate settlements on behalf of the CHP. Deputy Attorney General Douglas E. Baxter is the assigned litigation counsel with primary responsibility for handling the Defendants' defense and who will be present in person at the Mandatory Settlement Conference.

This ex parte application is based on this notice, the supporting Declaration of Douglas E. Baxter, and the supporting Memorandum of Points and Authorities (served and filed herewith).

Dated: November 20, 2015

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General

S/DOUGLAS E. BAXTER
DOUGLAS E. BAXTER
Deputy Attorney General
*Attorneys for Defendants State of California (by and through the California Highway Patrol) and Sergio Flores*

SD2014707454
81200867.doc