1  KAMALA D. HARRIS
   Attorney General of California
2  RICHARD F. WOLFE
   Supervising Deputy Attorney General
3  DOUGLAS E. BAXTER
   Deputy Attorney General
4  State Bar No. 201351
     600 West Broadway, Suite 1800
5    San Diego, CA 92101
     P.O. Box 85266
6    San Diego, CA 92186-5266
     Telephone:  (619) 645-2034
7    Fax:           (619) 645-2012
     E-mail:  Douglas.Baxter@doj.ca.gov
8  *Attorneys for Defendants State of California
   (by and through the California Highway
9  Patrol) and Sergio Flores*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACOB GREGOIRE,<br><br>                           Plaintiff,<br><br>       v.<br><br>CALIFORNIA HIGHWAY PATROL,<br>an agency of the State of California;<br>SERGIO FLORES, and DOES 1 to 20,<br><br>                           Defendants. | Case No.: 14-cv-01749-GPC (DHB)<br><br>**DECLARATION OF DOUGLAS E. BAXTER IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION TO ALLOW TELEPHONIC APPEARANCE OF CHP REPRESENTATIVE AT MANDATORY SETTLEMENT CONFERENCE**<br><br>Date:         Ex Parte<br>Time:         Ex Parte<br>Courtroom: Tenth Floor (Annex)<br>Judge:        The Honorable David H. Bartick |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

I, Douglas E. Baxter, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am authorized to appear before the United States District Court for the Southern District of California. I am assigned to represent Defendants State of California (by and through the California Highway Patrol) and Sergio Flores in the above-entitled action.

2. This week, I was informed by Carolyn Lloyd, Assistant Chief Counsel of the California Highway Patrol, that Kim Hunter, Chief Counsel of the California Highway Patrol, is suffering from serious medical issues. Ms. Hunter would normally be in attendance at a mandatory settlement conference in this type of action. However, I was also informed that, on December 4, 2015, Ms. Hunter will be undergoing medical procedures that prevent her from traveling. Ms. Lloyd informed me that Ms. Hunter's condition is extremely serious, and that she is presently unable to attend to her normal duties. As a result, Ms. Lloyd is filling both her own job duties and the role of Chief Counsel. Ms. Lloyd is charged not only with the day-to-day legal affairs of the California Highway Patrol, but she is also responsible for monitoring all of its current civil actions around the State.

3. Ms. Lloyd has informed me that she is heavily overtasked right now and for the indefinite future. Because she is performing multiple roles at the highest level of the CHP Office of Legal Affairs, it would be extremely burdensome for her to leave her post in Sacramento to travel to San Diego on December 4, 2015. Because she is responsible for the daily work that would normally be shared by the Chief Counsel, the Assistant Chief Counsel, and other staff counsel (who have been assigned to other duties outside the civil litigation arena), Ms. Lloyd has informed me that she needs to be available in Sacramento for the multitude of issues that arise on a daily basis in the course of CHP's statewide operations.

4. Acting as Chief Counsel, Ms. Lloyd is the person at CHP who will have the authority to negotiate settlements. She can be available telephonically on

1  December 4, 2015.  I am the assigned litigation counsel with primary responsibility
2  for handling the Defendants' defense.  I plan to be present in person at the
3  mandatory settlement conference.
4      I, Douglas E. Baxter, affirm under penalty of perjury under the laws of the
5  State of California that the foregoing information is true and correct of my own
6  knowledge, except as to those matters stated on information and belief, and as to
7  those matters, I believe them to be true.  This declaration is being executed on this
8  _____ day of November 2015 at San Diego, California.

                              S/DOUGLAS E. BAXTER
                              Douglas E. Baxter

SD2014707454
81200866.doc