# CERTIFICATE OF SERVICE

Case Name: **Gregoire v. California Highway Patrol, et al.**     No. **14-cv-01749-GPC (DHB)**

I hereby certify that on November 20, 2015, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. DEFENDANTS' EX PARTE APPLICATION TO ALLOW TELEPHONIC APPEARANCE OF CHP REPRESENTATIVE AT MANDATORY SETTLEMENT CONFERENCE;

2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION TO ALLOW TELEPHONIC APPEARANCE OF CHP REPRESENTATIVE AT MANDATORY SETTLEMENT CONFERENCE; and

3. DECLARATION OF DOUGLAS E. BAXTER IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION TO ALLOW TELEPHONIC APPEARANCE OF CHP REPRESENTATIVE AT MANDATORY SETTLEMENT CONFERENCE

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 20, 2015, at San Diego, California.

J. L. Hall
Declarant

Signature

SD2014707454
81201009.doc