UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREGOIRE,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20,<br>　　　　　　　　　　　Defendants. | Case No.: 14cv1749-GPC (DHB)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO ALLOW TELEPHONIC APPEARANCE OF CHP REPRESENTATIVE AT MANDATORY SETTLEMENT CONFERENCE [ECF No. 22]** |

On November 20, 2015, Defendants filed an ex parte application to permit Carolyn Lloyd, Assistant Chief Counsel for the California Highway Patrol, to appear telephonically at the December 4, 2015 Mandatory Settlement Conference.  (ECF No. 22.)  Ms. Lloyd's personal appearance is not required.  (*See* November 21, 2014 Scheduling Order, ECF No. 9 at 4:22 ("Governmental entities may appear through litigation counsel only.").)  Accordingly, Defendants' application is **GRANTED**.  The Court requests that Ms. Lloyd appear telephonically.

　　　IT IS SO ORDERED.

Dated: November 23, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DAVID H. BARTICK
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1