KAMALA D. HARRIS
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General
DOUGLAS E. BAXTER
Deputy Attorney General
State Bar No. 201351
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 645-2034
 Fax:  (619) 645-2581
 E-mail:  Douglas.Baxter@doj.ca.gov
*Attorneys for Defendants State of California (by and through the California Highway Patrol) and Sergio Flores*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREGOIRE,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20,<br><br>　　　　　　　　　Defendants. | Case No.: 14-cv-01749-GPC (DHB)<br><br>**NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF CLAIMS**<br><br>Date:　　　　January 29, 2016<br>Time:　　　　1:30 p.m.<br>Courtroom: 2D<br>Judge:　　　The Honorable Gonzalo P. Curiel |

**TO PLAINTIFF JACOB GREGOIRE (BY AND THROUGH HIS ATTORNEYS OF RECORD):**

**PLEASE TAKE NOTICE** that, on January 29, 2016, at the hour of 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Gonzalo P. Curiel in Department 2D of the above-entitled Court (located at 221 West Broadway, San Diego, California 92101), Defendants State of California (by and through the California Highway Patrol) and Sergio Flores will move, and hereby do move, the Court, under Rule 56 of the Federal Rules of Civil Procedure,

1

NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF CLAIMS (14-cv-01749-GPC (DHB))

for entry of summary judgment in Defendants' favor as to all claims in Plaintiff's Complaint in this action (see Doc. 1-1).  The grounds for this motion are that there is no genuine issue of material fact and the moving Defendants are entitled to judgment as a matter of law on all claims.  Also, Defendant Sergio Flores is entitled to qualified immunity on Plaintiff's 42 U.S.C. § 1983 claims.

In the alternative, Defendants move for summary adjudication on each claim for which Plaintiff fails to demonstrate a genuine material dispute.

This motion will be based upon this notice and the following documents:

1. Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment or, in the Alternative, Summary Adjudication of Claims (served and filed herewith);

2. Declaration of Douglas E. Baxter in support of Defendants' Motion for Summary Judgment or, in the Alternative, Summary Adjudication of Claims (with Exhibits A & B) (served and filed herewith);

3. Declaration of Defendant Sergio Flores in Support of Defendants' Motion for Summary Judgment or, in the Alternative, Summary Adjudication of Claims (with Exhibits A & B) (served and filed herewith);

4. Declaration of Eliazar Colunga in Support of Defendants' Motion for Summary Judgment or, in the Alternative, Summary Adjudication of Claims (served and filed herewith);

5. Separate Statement of Undisputed Material Facts in Support of Defendants' Motion for Summary Judgment or, in the Alternative, Summary Adjudication of Claims (served and filed herewith).

6. The Court's file in this case; and on such additional pleadings, arguments, and evidence as the Court may entertain in connection with the hearing of this matter.

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: November 23, 2015 | Respectfully submitted, |
| 2 | | KAMALA D. HARRIS<br>Attorney General of California |
| 3 | | RICHARD F. WOLFE<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | |
| 6 | | s/DOUGLAS E. BAXTER<br>DOUGLAS E. BAXTER |
| 7 | | Deputy Attorney General<br>*Attorneys for Defendants State of California (by and through the California Highway Patrol) and Sergio Flores* |

SD2014707454
81203058.doc

3

NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF CLAIMS (14-cv-01749-GPC (DHB))