## CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | Gregoire v. California Highway Patrol, et al. | No. | 14-cv-01749-GPC (DHB) |

I hereby certify that on November 23, 2015, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF CLAIMS**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF CLAIMS**

3. **DEFENDANTS' SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF CLAIMS**

4. **DECLARATION OF DOUGLAS E. BAXTER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF CLAIMS**

5. **DECLARATION OF ELIAZAR COLUNGA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION OF CLAIMS**

6. **DECLARATION OF SERGIO FLORES IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION OF CLAIMS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 23, 2015, at San Diego, California.

| J. L. Hall | | Signature |
|---|---|---|
| Declarant | | |

SD2014707454
81203130.doc