# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREGOIRE,<br><br>  Plaintiff,<br>  v.<br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES; and DOES 1 to 20,<br><br>  Defendants. | CASE NO. 14CV1749-GPC(DHB)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On November 23, 2015, Defendants filed a motion for summary judgment. Accordingly, IT IS HEREBY ORDERED that any opposition shall be filed on or before **December 18, 2015.** Any reply shall be filed on or before **January 8, 2016.** A hearing is set on **January 29, 2016 at 1:30 p.m.** in Courtroom 2D.

IT IS SO ORDERED.

DATED: November 30, 2015

HON. GONZALO P. CURIEL
United States District Judge