Daniel M. Gilleon (SBN 195200)
Steve Hoffman (SBN 237466)
The Gilleon Law Firm
1320 Columbia Street, Suite 200
San Diego, CA 92101
Tel: 619.702.8623/Fax: 619.702.6337
Email: shoffmanlaw@gmail.com

Thomas D. Luneau (145804)
Casey Gerry Schenk Francavilla Blatt & Penfield
110 Laurel St
San Diego, CA 92101
Tel: 619.328.1811/Fax: 619.544.9232

Attorneys for Plaintiff JACOB GREGOIRE

KAMALA D. HARRIS
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General
DOUGLAS E. BAXTER
Deputy Attorney General
State Bar No. 201351
600 West Broadway, Suite 1800
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone:  (619) 645-2034
Fax:           (619) 645-2012
E-mail:  Douglas.Baxter@doj.ca.gov
Attorneys for Defendant State of California (by and through the California Highway Patrol) and Sergio Flores

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREGOIRE,<br><br>            Plaintiff,<br><br>    vs.<br><br>SERGIO FLORES, an individual, and DOES 1 to 50,<br><br>            Defendants.<br>_____ | **CASE NO. 14-cv-1749 GPC (DHB)**<br><br>**JOINT MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT AND TO REPLY TO RESPONSE**<br><br>Date:         Ex Parte<br>Time:        Ex Parte<br>Courtroom: 2D<br>Judge:       The Hon. Gonzalo P. Curiel |

/ / /

/ / /

On November 23, 2015, Defendants filed a motion for summary judgment. On November 30, 2015, the Court ordered that any opposition shall be filed on or before December 18, 2015 and that any reply shall be filed on or before January 8, 2016.

The parties jointly move for an order extending the time for Plaintiff to respond to the motion for summary judgment to January 11, 2016 and extending the time for Defendants to reply to January 22, 2016. This joint motion is made for the following reasons:

1. Plaintiff's counsel Steve Hoffman has currently calendared in other cases: a deposition in another county scheduled for December 11, 2015, an oral argument before the California Court of Appeal on December 14, 2015 and a motion hearing in Superior Court of California on December 18, 2015. Hoffman had also planned to take leave from December 25, 2015 through January 3, 2016.

2. Plaintiff's counsel is trying to schedule a meeting with their retained police practices expert, Roger Clark, to obtain further information necessary to properly respond to Defendants' motion. Clark has been working on several other high profile cases in other states and a meeting has not yet been scheduled. Plaintiff's counsel is also trying to contact witnesses for affidavits in order to properly respond to Defendants motion.

3. The parties had a mandatory settlement conference on December 4, 2015. The settlement conference was unsuccessful. Plaintiff's counsel did not begin work on the response to Defendants' motion for summary judgment prior to the settlement conference so that unnecessary work was not performed in the event of a settlement.

Neither party has requested an extension of time for the briefing of this motion. The parties therefore jointly move for an order extending the time to respond to Defendants' motion for summary judgment to January 11, 2016 and the time for

1  Defendants to reply to January 22, 2016.

2  Respectfully submitted,

3
4  Dated: December 8, 2015                    Kamal D. Harris
                                              Attorney General of California
                                              Richard F. Wolfe
5                                             Supervising Deputy Attorney General

6                                             s/Douglas Baxter
                                              Douglas Baxter, Deputy Attorney
7                                             General, Attorneys for Defendants State
                                              of California
8                                             (by and through the California Highway
                                              Patrol) and Sergio Flores
9

10 Dated: December 7, 2015                    The Gilleon Law Firm

11                                            s/Daniel M. Gilleon
                                              Daniel M. Gilleon, Attorneys for
12                                            Plaintiff Jacob Gregoire

13
14 Dated: December 7, 2015                    Casey Gerry Schenk Francavilla
                                              Blatt & Penfield, LLP

15                                            s/Thomas D. Luneau
                                              Thomas D. Luneau, Attorneys for
16                                            Plaintiff Jacob Gregoire

17
18 Dated: December 7, 2015                    Law Office Of Steve Hoffman

19                                            s/Steve Hoffman
                                              Attorneys for Plaintiff Jacob Gregoire
                                              Email: shoffmanlaw@gmail.com
20

21     Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies
22 and Procedures of the United States District Court for the Southern District of
23 California I certify that I certify that the content of this document is acceptable to
24 counsel for the Defendants and that I have obtained authorization from all other
25 counsel to affix their electronic signatures to this document.

26
                                              s/Steve Hoffman
27                                            Attorneys for Plaintiff Jacob Gregoire
                                              Email: shoffmanlaw@gmail.com
28