IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREGOIRE,<br><br>                            Plaintiff,<br><br>   v.<br><br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20,<br><br>                            Defendants. | Case No.: 14-cv-01749-GPC (DHB)<br><br>**ORDER GRANTING IN PART JOINT MOTION TO EXTEND TIME TO RESPONSE TO MOTION FOR SUMMARY JUDGMENT** |

    Based on the JOINT MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT AND TO REPLY TO RESPONSE, and good cause appearing thereon, IT IS HEREBY ORDERED:

    That the time for Plaintiff to respond to the motion for summary judgment is extended until **January 8, 2016** and the time for Defendants to reply to the response is extended to **January 15, 2016**.

Dated: December 8, 2015

                                                          Hon. Gonzalo P. Curiel
                                                          United States District Judge