David S. Casey, Jr., SBN 060768
*dcasey@cglaw.com*
Thomas D. Luneau, SBN 145804
*tdl@cglaw.com*
**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA  92101
Tel: (619) 238-1811/Fax: (619) 544-9232

Daniel M. Gilleon (SBN 195200)
*dmg@mglawyers.com*
Steve Hoffman (SBN 237466)
*shoffmanlaw@gmail.com*
The Gilleon Law Firm
1320 Columbia Street, Suite 200
San Diego, CA 92101
Tel: (619) 702-8623/Fax: (619) 702-6337

Attorneys for Plaintiff Jacob Gregoire

Kamala D. Harris
Attorney General of California
Richard F. Wolfe
Supervising Deputy Attorney General
*richard.wolfe@doj.ca.gov*
Douglas E. Baxter
Deputy Attorney General
*Douglas.Baxter@doj.ca.gov*
**OFFICE OF THE ATTORNEY GENERAL**
State Bar No. 201351
600 West Broadway, Suite 1800
San Diego, CA  92101
P.O. Box 85266
San Diego, CA 92186-5266
Tel:  (619) 645-2034/Fax: (619) 645-2012

Attorneys for Defendants State of California (by and through the California Highway Patrol) and Sergio Flores

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREGOIRE,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20,<br><br>    Defendants. | CASE NO. 14-cv-1749-GPC (DHB)<br><br>**JOINT MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT AND TO REPLY TO RESPONSE**<br><br>Date:  Ex Parte<br>Time:  Ex Parte<br>Courtroom:  2D<br>Judge:  The Honorable Gonzalo P. Curiel |

On December 8, 2015, the parties filed a joint motion to extend time to respond to Motion for Summary Judgment and to Reply to Response. The Court ordered that the time for Plaintiff to respond to the motion for summary judgment was extended to January 8, 2015 and the time for Defendants to reply to the response was extended to January 15, 2016.

After reviewing these materials needed for opposition, the parties now realize additional time will be necessary because of the protective order and the state's designation of materials as confidential. Therefore, the parties jointly move for an order extending the time for Plaintiff to respond to the motion for summary judgment to January 19, 2016 and extending the time for Defendants to reply to February 2, 2016. This joint motion is made for the following reasons:

1. Plaintiff's counsel needs additional time in reviewing documents and deposition testimony that involve production of confidential, proprietary or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation may be warranted. Plaintiff's counsel needs to address concerns for appropriate paperwork to file documents under seal including a Joint Motion and Proposed Order.

2. One extension of time has been requested for the briefing of this motion. The parties therefore jointly move for an order extending the time to respond to Defendants' motion for summary judgment to January 19, 2016 and the time for Defendants to reply to February 2, 2016.

Respectfully submitted,

Dated: January 5, 2016

Kamala D. Harris
Attorney General of California
Richard F. Wolfe
Supervising Deputy Attorney General


s/Douglas Baxter
DOUGLAS BAXTER
*Douglas.Baxter@doj.ca.gov*
Attorneys for Defendants

| | | |
|---|---|---|
| 1 | Dated: January 5, 2016 | The Gilleon Law Firm |
| 2 | | |
| 3 | | s/Daniel M. Gilleon |
| 4 | | DANIEL M. GILLEON<br>*dmg@mglawyers.com*<br>Attorneys for Plaintiff |
| 5 | | |
| 6 | Dated: January 5, 2016 | Casey Gerry Schenk<br>Francavilla Blatt & Penfield, LLP |
| 7 | | |
| 8 | | |
| 9 | | s/Thomas D. Luneau<br>THOMAS D. LUNEAU<br>*tdl@cglaw.com* |
| 10 | | Attorneys for Plaintiff |
| 11 | Dated: January 5, 2016 | Law Office of Steve Hoffman |
| 12 | | |
| 13 | | |
| 14 | | s/Steve Hoffman<br>STEVE HOFFMAN |
| 15 | | *shoffman@gmail.com*<br>Attorneys for Plaintiff |

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California I certify that I certify that the content of this document is acceptable to counsel for the Defendants and that I have obtained authorization from all other counsel to affix their electronic signatures to this document.

s/Thomas D. Luneau
THOMAS D. LUNEAU
*tdl@cglaw.com*
Attorneys for Plaintiff