UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREGOIRE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20,<br><br>　　　　　Defendants. | CASE NO. 14-cv-1749-GPC (DHB)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME AND RESCHEDULING HEARING DATE ON DEFEDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[Dkt. No. 30.] |

　　　　Based on the JOINT MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT AND TO REPLY TO RESPONSE, and good cause appearing thereon, IT IS HEREBY ORDERED:

　　　　That the time for Plaintiff to respond to the motion for summary judgment is extended until **January 19, 2016** and the time for Defendants to reply to the response is extended to **February 2, 2016**. Accordingly, the Court reschedules the hearing date

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

on the motion for summary judgment from January 29, 2016 to **February 19, 2016 at 1:30 p.m**. in Courtroom 2D.

      IT IS SO ORDERED.

Dated:  January 6, 2016

                                        Hon. Gonzalo P. Curiel
                                        United States District Judge