Case 3:14-cv-01749-GPC-RNB   Document 32   Filed 01/19/16   PageID.271   Page 1 of 4

Daniel M. Gilleon, SBN 195200
Steve Hoffman, SBN 237466
The Gilleon Law Firm
1320 Columbia Street, Suite 200
San Diego, CA 92101
Tel: 619-702-8623/Fax: 619-702-6337
Email: shoffmanlaw@gmail.com

Thomas D. Luneau, SBN 145804
Casey Gerry Schenk Francavilla Blatt & Penfield
110 Laurel Street
San Diego, CA 92101
Tel: 619-238-1811/Fax: 619-544-9232
Email: tdl@cglaw.com

Attorneys for Plaintiff Jacob Gregoire

Kamala D. Harris
Attorney General of California
Richard F. Wolfe
Supervising Deputy Attorney General
Douglas E. Baxter
Deputy Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92101
Tel: 619-645-2034
Fax: 619-645-2012
Email: Douglas.Baxter@doj.ca.gov

Attorneys for Defendant State of California (by and through the California Highway Patrol) and Sergio Flores

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREGOIRE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20,<br><br>　　　　Defendants. | CASE NO. 14-cv-1749-GPC (DHB)<br><br>**JOINT MOTION TO FILE UNDER SEAL PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT PURSUANT TO LOCAL RULE 79.2 AND THE COURT'S PROTECTIVE ORDER** |

622   -1-   14-cv-1749-GPC (DHB)
JOINT MOTION TO FILE UNDER SEAL

Pursuant to Local Rule 79.2 and the Protective Order entered in this case on July 30, 2015, the parties jointly submit to the Court this Motion to File Under Seal Plaintiff's Opposition to Summary Judgment and all supporting documents.

## ARGUMENT

California Government Code ' 832.7 explicitly states personnel records of a peace officer are confidential. The Government Code has mandated confidentiality of complaints by the public made against law enforcement officers. In this case, the court ordered that the personnel file of the officer be kept confidential. The parties in this matter agreed to a Protective Order to comply with the rules set forth in the California Government Code as well as the right to privacy of the litigants. The parties then petitioned this Honorable Court to seal certain private matters including but not limited to the personnel file of the defendant officer. On July 30, 2015 the Court set forth a detailed Order (See Exhibit 1) that specified which documents would be held under seal. The Court's order included the defendant's deposition, CHP personnel file, Internal Affairs and Expert Witness Declaration that included sealed records.

Plaintiff's Opposition to Defendant's Motion for Summary Judgment includes protected excerpts from the deposition of Sergio Flores. Additionally, the Plaintiff's Opposition includes sealed exhibits to Flores' deposition. Lastly, plaintiff's expert Roger Clark has referenced citizen complaints in his Declaration that were obtained from the California Highway Patrol in conjunction with this Court's Protective Order.

The sensitive information involved in this motion has been ruled on by this honorable Court and conforms with statutory requirements of the California Government Code. The parties have agreed that for the purposes of this motion that the sealing of Plaintiff's Opposition to Defendant's Motion for Summary Judgment will not prejudice either party.

A party faced with the disclosure of confidential or proprietary information may seek to file the documents under seal to avoid this exposure. See *Kamakana v. City &*

*Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

Defendants' joinder in this motion is not intended as a concession of the admissibility of the evidence that Plaintiff intends to introduce in support of his opposition to Defendants' Motion for Summary Judgment. Defendants intend to file appropriate objections to the admissibility of such evidence.

For the reasons contained in this motion, the Declaration of Thomas D. Luneau, and the attached Protective Order, there is good cause to seal Plaintiff's Opposition to Summary Judgment and all supporting documents.

Respectfully submitted,

Dated:  January 19, 2016         THE GILLEON LAW FIRM


By:   s/Steve Hoffman
      STEVE HOFFMAN
      shoffmanlaw@gmail.com
      Attorneys for Plaintiff Jacob Gregoire


Dated:  January 19, 2016         CASEY GERRY SCHENK
                                 FRANCAVILLA BLATT & PENFIELD. LLP

By:   s/Thomas D. Luneau
      THOMAS D. LUNEAU
      *tdl@cglaw.com*
      Attorneys for Plaintiff Jacob Gregoire


Dated:  January 19, 2016

By:   Kamala D. Harris
      Attorney General of California
      Richard F. Wolfe
      Supervising Deputy Attorney General

      s/Douglas Baxter
      Douglas Baxter, Deputy Attorney
      General, Attorneys for Defendants State of
      California (by and through the California
      Highway Patrol) and Sergio Flores

## SIGNATURE CERTIFICATION

Pursuant to section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to the signatories herein, and that I have obtained their authorization to affix electronic signature to this document.

/s/Thomas D. Luneau
Thomas D. Luneau (SBN 145804)