David S. Casey, Jr., SBN 060768
*dcasey@cglaw.com*
Thomas D. Luneau, SBN 145804
*tdl@cglaw.com*
**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREGOIRE, | CASE NO. 14-cv-1749-GPC (DHB) |
| Plaintiff, | Judge: Hon. Gonzalo P. Curiel |
| v. | Dept: 2D |
| CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20, | **DECLARATION OF AUTUMN MITCHELL FKA KORRI E. MITCHELL** |
| Defendants. | Date: January 29, 2016 |
| | Time: 1:30 p.m. |

I, AUTUMN MITCHELL, declare as follows:

1.     I make the following declaration of my own knowledge, and if called as a witness in the above-captioned matter, I could testify competently thereto.

2.     I no longer go by the name Korri E. Mitchell and have changed my name to Autumn Mitchell. My date of birth is 9/30/1990.

3.     On February 4, 2014 at 9:30 at night, I recall arriving on the scene of a rollover collision in the center lane in the car of my boyfriend at the time, Justin Hutton. There was a white Mustang upside down in the center median of the 805 freeway. Justin and I were the first ones on the scene. Justin was tending to one of the victims while I was on the phone with a 911 dispatcher. CHP arrived first, then

1   ambulance, and then firefighters/EMTs.  I recall that two people were injured.

2        4.     The paramedics and firemen were assessing both the injured people.  The

3   injured people were laying on the ground and the firemen and paramedics put them

4   onto backboards and fastened them down.

5        5.     The CHP officer on scene told the fireman that they had to move the

6   truck from the freeway.  The fireman was working on the injured patient at the time.

7        6.     The fireman was kneeling next to the patient and said, "I am in the

8   middle of helping this patient."

9        7.     The CHP officer told the fireman he wanted him to stop caring for the

10  patient and move the fire truck off the freeway and take it back to the fire station.

11       8.     The fireman replied, "What about the patients?"  The CHP officer

12  replied, "I don't care about the patients, I just want you to leave."

13       9.     While at the scene, I never heard the CHP officer ask about the condition

14  of the patients or consult about how long or how many men were needed to help the

15  two patients.

16       10.    The fireman was clearly administrating aid to that patient when the CHP

17  officer approached and put him in handcuffs.  When this occurred, the fireman was

18  kneeling and preparing a backboard for the patient.  It was a heated exchange between

19  the CHP officer and the fireman, but I recall neither of them using profanity and this

20  struck me at the time.

21       11.    I was on the scene for at least one, possibly two hours.

22       I declare under penalty of perjury under the laws of the State of California and

23  of the United States of America that the foregoing information is true and correct.

24  Executed on Dec 30, 2015 , at San Diego, California.

25

26  AUTUMN MITCHELL

27

28

555                                          2                          14-cv-1749-GPC (DHB)
DECLARATION OF AUTUMN MITCHELL