1   David S. Casey, Jr., SBN 060768
    dcasey@cglaw.com
2   Thomas D. Luneau, SBN 145804
    tdl@cglaw.com
3   CASEY GERRY SCHENK
    FRANCAVILLA BLATT & PENFIELD, LLP
4   110 Laurel Street
    San Diego, CA 92101
5   Telephone: (619) 238-1811
    Facsimile: (619) 544-9232
6
7   Attorneys for Plaintiff
8
9             UNITED STATES DISTRICT COURT
10            SOUTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| 12  JACOB GREGOIRE, | CASE NO. 14-cv-1749-GPC (DHB) |
| 13              Plaintiff, | Judge: Hon. Gonzalo P. Curiel |
| 14  v. | Dept: 2D |
| 15  CALIFORNIA HIGHWAY PATROL, an | **DECLARATION OF JOSHUA REES** |
| agency of the State of California; | Date: January 29, 2016 |
| 16  SERGIO FLORES, and DOES 1 to 20, | Time: 1:30 p.m. |
| 17              Defendants. | |

18

19      I, JOSHUA REES, declare as follows:

20      1.    I make the following declaration of my own knowledge, and if called as a

21   witness in the above-captioned matter, I could testify competently thereto.

22      2.    My date of birth is _August 3, 1974_____.

23      3.    On February 4, 2014 at approximately 9:45 p.m., acting in my official

24   capacity as a City of Chula Vista Firefighter/Emergency Medical Technician (EMT), I

25   was on the scene of a rollover accident with injuries on I-805 southbound south of

26   Naples. I had arrived at the scene in fire truck #52 driven by Jacob Gregoire or

27   "Jake." Jake and I were working with paramedic units at the scene rendering medical

28   care to two injured patients. Jake was with patient #1. Jake was working with the

1  paramedics to move patient #1 from the ground onto the gurney, using a backboard

2  with straps.  The procedure involves the patient being placed on their side, the board is

3  held against the patient's back, and then they are log-rolled (gently) onto the board.

4  The patient's head, neck, and spine must be kept in line to prevent spinal cord

5  damage. The straps are then attached.  The head and neck are secured and re-checked

6  and then the backboard is moved to the gurney.

7      4.    It was dark that night and Jake Gregoire and the two EMTs were working

8  together as a unit.  Jake was helping to move the patient, supplying light with his

9  flashlight, and securing the gurney for moving the patient into the ambulance.

10      5.    While Jake Gregoire was in the process of rendering aid to the

11  immobilized patient, a CHP officer called him.  I did not hear what was said, however,

12  Jake Gregoire stopped caring for the patient and was then arrested by the officer.

13      6.    I was shocked to see this occur.  I have been a Firefighter/Emergency

14  Medical Technician for over 15 years and been to over 400 similar injury calls and

15  have never seen a peace officer obstruct and delay patient care like the officer who

16  arrested Jake Gregoire.

17      7.    The patient himself stated, "Are you going to fucking leave me here?

18  Are you?" This was a disturbing situation to watch because the patient care was

19  delayed by the arrest of one of the EMTs (Jake Gregoire) who was clearly essential to

20  the safe transportation of the injured patient.  Equally troubling was the fact that the

21  CHP officer never consulted with any of the paramedics or firefighters/EMTs prior to

22  arresting Jake Gregoire.  Because of the arrest, the entire movement of the patient

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

DECLARATION OF JOSHUA REES

1  from the scene to the hospital was delayed.  Further, because of the arrest, all fire

2  equipment and personnel were delayed at the scene as well.

3        I declare under penalty of perjury under the laws of the State of California and

4  of the United States of America that the foregoing information is true and correct.

5  Executed on JANUARY 6, 2016_____, at San Diego, California.

6

7

JOSHUA REES

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28