*Gregoire v. California Highway Patrol, et al.*
U. S. Dist. Court, Southern Dist. Of CA, Case No. 17-CV-1749 GPC (DHB)

## **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

    I, the undersigned, whose business address is 1320 Columbia Street, Suite 200, San Diego, California 92101, certify:

    That I am, and at all times hereinafter mentioned was, more than 18 years of age and not a party to this action;

    I hereby certify that on January 20, 2016, I electronically filed the within: **SEE ATTACHED DOCUMENT LIST** with the Clerk of the Court for the United States District Court, Southern District Of California, by using the CM/ECF system.

    I certify that all parties of record to this case are either registered CM/ECF users, or have registered for electronic notice, or have consented in writing to electronic service, and that service will be accomplished through the CM/ECF system.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 20, 2016                       s/ Steve Hoffman
                                                Steve Hoffman

# DOCUMENT LIST

1. MOTION TO FILE UNDER SEAL DECLARATION OF ROGER CLARK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT PURSUANT TO LOCAL RULE 79.2 AND THE COURT'S PROTECTIVE ORDER

2. MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF CLAIMS

3. DECLARATION OF THOMAS D. LUNEAU RE: PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANTS CALIFORNIA HIGHWAY PATROL

4. DECLARATION OF ROGER CLARK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

5. DECLARATION OF AUTUMN MITCHELL FKA KORRI E. MITCHELL

6. DECLARATION OF JUSTIN HUTTON

7. DECLARATION OF JOSHUA REES

8. PLAINTIFF'S SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF CLAIMS

# SERVICE LIST

Kamala D. Harris
Attorney General of California
Richard F. Wolfe
Supervising Deputy Attorney General
Douglas E. Baxter
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Tel: 619.645.2034
Fax: 619.645.2012
Email: douglas.baxter@doj.ca.gov
Attorneys for Defendants California Highway Patrol and Officer Sergio Flores