Daniel M. Gilleon, SBN 195200
Steve Hoffman, SBN 237466
The Gilleon Law Firm
1320 Columbia Street, Suite 200
San Diego, CA 92101
Tel: 619-702-8623/Fax: 619-702-6337
Email: shoffmanlaw@gmail.com

Thomas D. Luneau, SBN 145804
Casey Gerry Schenk Francavilla Blatt & Penfield
110 Laurel Street
San Diego, CA 92101
Tel: 619-238-1811/Fax: 619-544-9232
Email: tdl@cglaw.com

Attorneys for Plaintiff Jacob Gregoire

Attorneys for Defendant State of California (by and through the California Highway Patrol) and Sergio Flores

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREGOIRE,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20,<br><br>    Defendants. | CASE NO. 14-cv-1749-GPC (DHB)<br><br>**MOTION TO FILE UNDER SEAL DECLARATION OF ROGER CLARK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO LOCAL RULE 79.2 AND THE COURT'S PROTECTIVE ORDER** |

Pursuant to Local Rule 79.2 and the Protective Order entered in this case on July 30, 2015, the parties jointly submit to the Court this Motion to File Under Seal the following document and all supporting documents:

DECLARATION OF ROGER CLARK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

/ / /

# ARGUMENT

In this case, the court ordered that the personnel file of the officer be kept confidential.  The parties in this matter agreed to a Protective Order to comply with the rules set forth in the California Government Code as well as the right to privacy of the litigants.  The parties then petitioned this Honorable Court to seal certain private matters including but not limited to the personnel file of the defendant officer.  On July 30, 2015 the Court set forth a detailed Order (See Exhibit 1) that specified which documents would be held under seal.  The Court's order included the complete CHP Personnel File for Defendant Officer Sergio Flores.

The protective order required that if a party seeks to file any of the protected records in support of any future pleadings or motions, the party must first proceed with an application to request that the records be kept under seal under Judge Bartick's Chamber's Rules section V, subdivision A.

The Declaration of Roger Clark in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment includes references to information obtained from the sealed documents from Flores' personnel file and includes exhibits which are sealed.

The sensitive information involved in this motion has been ruled on by this honorable Court and conforms with statutory requirements of the California Government Code.  The parties had previously agreed that for the purposes of this motion that the sealing of Plaintiff's Opposition to Defendant's Motion for Summary Judgment will not prejudice either party.

A party faced with the disclosure of confidential or proprietary information may seek to file the documents under seal to avoid this exposure. See *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

/ / /

/ / /

/ / /

For the reasons contained in this motion, the Declaration of Steve Hoffman, and the attached Protective Order, there is good cause to seal Plaintiff's Opposition to Summary Judgment and all supporting documents.

Respectfully submitted,

Dated: January 20, 2016        THE GILLEON LAW FIRM

By:   s/Steve Hoffman
      STEVE HOFFMAN
      shoffmanlaw@gmail.com
      Attorneys for Plaintiff Jacob Gregoire

Dated: January 20, 2016        CASEY GERRY SCHENK
                               FRANCAVILLA BLATT & PENFIELD. LLP

By:   s/Thomas D. Luneau
      THOMAS D. LUNEAU
      *tdl@cglaw.com*
      Attorneys for Plaintiff Jacob Gregoire