1  *Gregoire v. California Highway Patrol, et al.*
   U. S. Dist. Court, Southern Dist. Of CA, Case No. 17-CV-1749 GPC (DHB)
2
## PROOF OF SERVICE
3
STATE OF CALIFORNIA, COUNTY OF SAN DIEGO
4
    I, the undersigned, whose business address is 1320 Columbia Street, Suite 200, San Diego, California 92101, certify:

5

6      That I am, and at all times hereinafter mentioned was, more than 18 years of age and not a party to this action;

7

8      I hereby certify that on January 21, 2016, I electronically filed the within: **SEE ATTACHED DOCUMENT LIST** with the Clerk of the Court for the United States District Court, Southern District Of California, by using the CM/ECF system.

9

10     I certify that all parties of record to this case are either registered CM/ECF users, or have registered for electronic notice, or have consented in writing to electronic service, and that service will be accomplished through the CM/ECF system.

11

12     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

13 Dated: January 21, 2016                 s/ Steve Hoffman
                                                   Steve Hoffman

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# DOCUMENT LIST

1. AMENDED MOTION TO FILE UNDER SEAL DECLARATION OF ROGER CLARK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT PURSUANT TO LOCAL RULE 79.2 AND THE COURT'S PROTECTIVE ORDER

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | |
| 3 | Kamala D. Harris<br>Attorney General of California |
| 4 | Richard F. Wolfe<br>Supervising Deputy Attorney General |
| 5 | Douglas E. Baxter<br>Deputy Attorney General |
| 6 | 110 West A Street, Suite 1100<br>San Diego, CA 92101 |
| 7 | P.O. Box 85266<br>San Diego, CA 92186-5266 |
| 8 | Tel: 619.645.2034<br>Fax: 619.645.2012 |
| 9 | Email: douglas.baxter@doj.ca.gov<br>Attorneys for Defendants California Highway Patrol and Officer Sergio Flores |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |