**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACOB GREGOIRE,<br><br>                                    Plaintiff,<br><br>        v.<br><br>CALIFORNIA HIGHWAY PATROL,<br>an agency of the State of California;<br>SERGIO FLORES, and DOES 1 to 20,<br><br>                                    Defendants. | Case No.: 14-cv-1749-GPC (DHB)<br><br>**ORDER GRANTING AMENDED MOTION TO FILE DOCUMENT UNDER SEAL**<br><br>Honorable Gonzalo P. Curiel<br>United States District Judge |

        The Plaintiff has moved pursuant to Local Rule 79.2 and the Protective Order entered in this case on July 30, 2015 for an order allowing the filing of Declaration of Roger Clark in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment under seal. Good cause having been shown, the court therefore orders the Declaration of Roger Clark in Support of Plaintiff's Opposition to Motion for Summary Judgment and all supporting documents attached to it shall be filed under seal.

Dated:  January 21, 2016

Hon. Gonzalo P. Curiel
United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE: MOTION TO FILE UNDER SEAL