KAMALA D. HARRIS
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General
DOUGLAS E. BAXTER
Deputy Attorney General
State Bar No. 201351
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 645-2034
 Fax:         (619) 645-2012
 E-mail:  Douglas.Baxter@doj.ca.gov
*Attorneys for Defendants State of California (by and through the California Highway Patrol) and Sergio Flores*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREGOIRE,<br><br>             Plaintiff,<br><br>   v.<br><br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20,<br><br>             Defendants. | Case No.: 14-cv-01749-GPC (DHB)<br><br>**DECLARATION OF DOUGLAS E. BAXTER IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>Date:        February 19, 2016<br>Time:        1:30 p.m.<br>Courtroom: 2D<br>Judge:       The Honorable Gonzalo P. Curiel |

I, Douglas E. Baxter, hereby declare as follows:

1.   I am an attorney duly licensed to practice law in the State of California and authorized to appear before the above-entitled Court.  I am employed as a Deputy Attorney General for the California Attorney General's Office.  I am assigned to represent Defendants State of California (by and through the California Highway Patrol) and Sergio Flores.

1

2.  Attached herewith as Exhibit A are true and correct copies of page 121 of the Deposition of Defendant Sergio Flores, the cover to that deposition, and the court reporter's certification. As indicated on page 6 and footnote 5 of the Defendants' Reply to Plaintiff's Opposition to Motion For Summary Judgment, this page was omitted from Document 35-2 of Plaintiff's opposition papers. The page was among those cited by Plaintiff as evidence with regard to Fact 95 of the Separate Statement of Undisputed Material Facts. Specifically, Plaintiff cited pages 120 – 122:15 of Officer Flores's Deposition for SSUMF 95, but the middle page was erroneously omitted from the excerpts provided to the Court in Plaintiff's opposition papers. Defendant is providing it as indicated on page 6 and footnote 5 of Defendants' Reply to Plaintiff's Opposition to Motion For Summary Judgment.

I affirm under penalty of perjury under the laws of the State of California and of the United States that the foregoing information is true and correct of my own knowledge and that this declaration is being executed on this <u>2nd</u> day of February 2016.

s/D<small>OUGLAS</small> E. B<small>AXTER</small>
Douglas E. Baxter

SD2014707454

2

DECL. OF DOUGLAS E. BAXTER IN SUPPORT OF DEFS.' REPLY TO PLNT.'S OPP. TO DEFS.' MOTION FOR SUMMARY JUDGMENT  (14-cv-01749-GPC (DHB))

EXHIBIT A

Case 3:14-cv-01749-GPC-RNB   Document 42-2   Filed 02/02/16   PageID.614   Page 4 of 6

Volume II                Confidential - Pursuant to Protective Order
Sergio Flores                                    Gregoire vs. California Highway Patrol

```
 1                UNITED STATES DISTRICT COURT

 2               SOUTHERN DISTRICT OF CALIFORNIA

 3

 4
     JACOB GREGOIRE,
 5

 6            Plaintiff,
                                    Case No.:
 7        vs.                       14-cv-1749-GPC(DHB)

 8   CALIFORNIA HIGHWAY PATROL, an
     agency of the State of
 9   California; SERGIO FLORES, and
     DOES 1 to 20,
10
              Defendants.
11

12   _____

13

14       VIDEOTAPED DEPOSITION OF SERGIO FLORES

15              SAN DIEGO, CALIFORNIA

16           TUESDAY, NOVEMBER 10, 2015

17     VOLUME II, PAGES 93 through 189, INCLUSIVE,

18

19

20

21

22

23   Reported By:
     Linda E. Marquette
24   RPR, CLR, CSR No. 11874

25   Job No.: 10020170
```

CERTIFIED ORIGINAL

Case 3:14-cv-01749-GPC-RNB   Document 42-2   Filed 02/02/16   PageID.615   Page 5 of 6

Volume II                    Confidential - Pursuant to Protective Order
Sergio Flores                                    Gregoire vs. California Highway Patrol

1    Q.    Okay.  There were two injured people at the
2    scene, correct, when you arrived?
3    A.    I believe there was one -- well, there were
4    two occupants.  I believe one of them was the one that
5    was injured.  I don't believe the other one was injured.
6    Q.    Is it your recollection that two people were
7    actually put on gurneys and taken from the scene because
8    of the rollover incident?
9    A.    I don't recall.  I don't remember if I was
10   even there when they were transported.
11   Q.    Okay.  So sitting here today, you have no
12   information as to how many people were injured in the
13   rollover?
14   A.    I --
15         MR. WOLFE:  Misstates his testimony.
16   BY MR. LUNEAU:
17   Q.    If you know.
18   A.    I believe there was one person that was
19   injured, and the other person was not injured.  I
20   remember having to go to the hospital later on and found
21   out that only -- there was only one injury.
22   Q.    Okay.  So your information is, is that -- let
23   me back up.
24         How many people in the car collision were
25   taken away on gurneys, if you know?

```
 1   STATE OF CALIFORNIA )
                         )
 2   COUNTY OF SAN DIEGO )

 3

 4        I, Linda E. Marquette, a Certified Shorthand

 5   Reporter, do hereby certify:

 6        That prior to being examined, the witness in the

 7   foregoing proceedings was by me duly sworn to testify to

 8   the truth, the whole truth, and nothing but the truth;

 9        That said proceedings were taken before me at the

10   time and place therein set forth and were taken down by

11   me in shorthand and thereafter transcribed into

12   typewriting under my direction and supervision;

13        I further certify that I am neither counsel for,

14   nor related to, any party to said proceedings, nor in

15   anywise interested in the outcome thereof.

16        In witness whereof, I have hereunto subscribed my

17   name.

18

19

20   Dated: November 20, 2015

21   
     [signature: Linda E. Marquette]
22   _____
     Linda E. Marquette
23   RPR, CLR, CSR No. 11874,

24

25
```