## CERTIFICATE OF SERVICE

Case Name:  **Gregoire v. CHP**            No.    **14-cv-01749-GPC (DHB)**

I hereby certify that on February 2, 2016, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

2. **DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EVIDENCE OFFERED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

3. **DECLARATION OF DOUGLAS E. BAXTER IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 2, 2016, at San Diego, California.

J. L. Hall
Declarant

_[signature]_
Signature

SD2014707454
81258451.doc