KAMALA D. HARRIS
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General
DOUGLAS E. BAXTER
Deputy Attorney General
State Bar No. 201351
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone:  (619) 645-2034
  Fax:          (619) 645-2012
  E-mail:  Douglas.Baxter@doj.ca.gov
*Attorneys for Defendants State of California
(by and through the California Highway
Patrol) and Sergio Flores*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREGOIRE,<br><br>                              Plaintiff,<br><br>          v.<br><br>CALIFORNIA HIGHWAY PATROL,<br>an agency of the State of California;<br>SERGIO FLORES, and DOES 1 to 20,<br><br>                              Defendants. | Case No.: 14-cv-01749-GPC (DHB)<br><br>**DEFENDANTS' PRETRIAL DISCLOSURES**<br><br>**[Fed. R. Civ. Proc. 26(a)(3)]**<br><br>Judge:       The Honorable David H.<br>                  Bartick |

In accordance with Rule 26(a)(3) of the Federal Rules of Civil Procedure,

Defendants State of California (by and through the California Highway Patrol) and

Sergio Flores make their mandatory pre-trial disclosures as follow:

/ / /

/ / /

/ / /

/ / /

1

## I.    WITNESSES

### A.    Witnesses Expected to be Presented at Trial

(1)  Defendant Sergio Flores, home address and telephone number confidential.[1]  Work address: California Highway Patrol, 4902 Pacific Hwy., San Diego, CA 92110; (619) 220-5492 [contact to be arranged through defense counsel.]

(2)  CHP Officer Eliazar Colunga (ID # 15664).

(3)  CHP Officer Albert Udan (ID # 16138).

(4)  CHP Officer John Concepcion (ID # 13292).

(5)  CHP Sergeant Nicole Pacheco (ID # 16286), Torrance CHP Area Office, 19700 Hamilton Avenue, Torrance, CA 90502; (310) 516-3355.

(6)  American Medical Response (AMR) Paramedic Ebert Lara; employment address: 4035 Bonita Rd., Bonita, CA 91902 or 8808 Balboa Avenue, San Diego, CA 92123; (858) 492-8111.

(7)  American Medical Response (AMR) Paramedic Nathan Carr; employment address: 4035 Bonita Rd., Bonita, CA 91902 or 8808 Balboa Avenue, San Diego, CA 92123; (858) 492-8111.

(8)  American Medical Response (AMR) Emergency Medical Technician (EMT) Britney Campos; employment address: 4035 Bonita Rd., Bonita, CA 91902 or 8808 Balboa Avenue, San Diego, CA 92123; (858) 492-8111.

(9)  San Diego City Fire Department Captain Jesse Conner, San Diego City Fire Department, Fire Station 6, 693 Twining Avenue, San Diego, CA 92154.

(10)  Plaintiff Jacob Gregoire.

---

[1] For all CHP Officers listed, their home addresses and telephone numbers are confidential and protected under official information privilege and federal and state privacy rights.  Their security interests (given the nature of their employment) outweigh any need for disclosure of their personal addresses and telephone numbers.  Unless otherwise indicated, their work addresses are the same as that provided for Defendant Officer Sergio Flores.  Litigation-related contact with any CHP Officer is to be arranged through defense counsel.

(11)  San Diego City Fire Department Firefighter John O'Neal, Fire Station 6, 693 Twining Avenue, San Diego, CA 92154.

(12)  San Diego City Fire Department Engineer/Paramedic Firefighter Robert Herman, Fire Station 6, 693 Twining Avenue, San Diego, CA 92154.

(13)  Justin Hutton, last known address and telephone number provided in discovery and known to all parties.

(14)  Autumn Mitchell (previously known as Korrie E. Mitchell), last known address and telephone number provided in discovery and known to all parties.

(15)  Chula Vista Fire Department Captain David Albright, last known work address and telephone number in discovery materials.

(16)  Chula Vista Fire Department Captain John McLintock, last known work address and telephone number in discovery materials.

(17)  Defense expert witness Greg Meyer – police practices.  He will be called to testify on all subjects connected to Defendants' expert witness disclosures and reports and in rebuttal to any percipient and expert testimony offered by Plaintiff. His address and telephone number were previously disclosed.

(18)  Defense expert witness Dominic Addario, M.D. – medical/psychiatry expert.  He will be called to testify on all subjects connected to Defendants' expert witness disclosures and reports and in rebuttal to any percipient and expert testimony offered by Plaintiff.  His address and telephone number were previously disclosed.

(19)  Defense expert witness Officer Christopher Stout.  He will be called to testify on all subjects connected to Defendants' expert witness disclosures and in rebuttal to any percipient and expert testimony offered by Plaintiff.  His address and telephone number were previously disclosed.

**B.     Witnesses Who May be Called if Need Arises**

(1)  CHP Sergeant B. Hagerty (ID # 12526) (possibly 11526).

(2)  CHP Lieutenant Lorenzo Ruano (ID # 14869).

3

(3)  CHP Sergeant T. Eglin (ID # 12999).

(4)  Chula Vista Fire Department Firefighter Andrew Mathews, last known work address and telephone number in discovery materials.

(5)  Chula Vista Fire Department Firefighter Joshua Rees, last known work address and telephone number in discovery materials.

(6)  Chula Vista Fire Engineer Jonus Jusay, last known work address and telephone number in discovery materials.

(7)  Dean Elwood, KFMB-TV, 7677 Engineer Road, San Diego, CA 92111.

(10)  Larry Augustine Masi, M.D., previously worked at Kaiser Permanente, Otay Mesa Outpatient Medical Center, 4650 Palm Avenue, San Diego, CA 92154. Another address listed on internet is 4660 Palm Avenue, San Diego, CA 92154; (877) 496-0450.

(11)  Dina Amparan-Black, Kaiser Permanente Custodian of Medical Records, Central Release of Information Unit, Unit 10740 4th Street, 2nd Floor, Rancho Cucamonga, CA 91730; (909) 367-7705.

(12)  Neil Alex, M.D., 4647 Zion Avenue, San Diego, CA 92120; (877) 496-0450.

(13)  Robert Chavez, last known address, 11 Arizona Way, Henderson, NV 89015.

(14)  Robert Wesley Parfitt, last known address and telephone number 1025 Cresta Way, San Rafael, CA 94903; (415) 302-8431.

(15)  California Department of Transportation (CALTRANS) Assistant Resident Engineer Casey Meredith, 817 Sweetwater Rd., Spring Valley, CA 91977.

(16)  CALTRANS Resident Engineer Paul Hsu, 817 Sweetwater Rd., Spring Valley, CA 91977.

(17)  Matthias Hoang, Communication Center Manager, San Diego Operations, West Region, American Medical Response, 8808 Balboa Avenue, Suite 150, San Diego, CA 92123; (858) 492-3676.

(18) Jocelyn Francisco, custodian of records for Chula Vista Fire Department, 276 Fourth Avenue, Chula Vista, CA 91910; (619) 409-5981.

(19) Geness Potter, ACE Imaging Technologies, 811 Wilshire Boulevard, Suite 900, Los Angeles, CA 90017; (213) 623-3979.

(20) Hermon Howell, custodian of records for Chula Vista Fire Department, 276 Fourth Avenue, Chula Vista, CA 91910; (619) 409-5981.

**C. Witnesses Whose Testimony is Expected to be Presented by Deposition**

None at this time.

## II. DOCUMENTS

### A. Exhibits Defendants Expect to Present at Trial:

| NUMBER | DESCRIPTION |
| --- | --- |
| 300. | Audio Recording of February 6, 2014, CHP Interview of Justin Hutton |
| 301. | Audio Recording of February 7, 2014, CHP Interview of Autumn Mitchell (previously known as Korri Mitchell) |
| 302. | February 8, 2014, Memorandum by Sergeant Hagerty of Interview of Interview of Ms. Mitchell |
| 303. | February 10, 2014, Memorandum by Sergeant Hagerty of Interview of Justin Hutton. |
| 304. | Audio Recording of February 11, 2014, CHP CIIT Interview of CHP Officer Eliazar Colunga |
| 305. | Audio Recording of February 13, 2014, CHP CIIT Interview of CHP Officer Sergio Flores |
| 306. | Audio Recording of February 19, 2014, CHP CIIT Interview of CHP Officer Sergio Flores |
| 307. | Audio Recording of February 11, 2014, CHP CIIT Interview of CHP Officer Albert Udan |
| 308. | Audio Recording of February 12, 2014, CHP CIIT Interview of CHP Officer John Concepcion |
| 309. | Audio Recording of February 12, 2014, CHP CIIT Interview of CHP Sergeant Nicole Pacheco |
| 310. | Audio Recording of February 13, 2014, CHP CIIT Interview of AMR Paramedic Ebert Lara |
| 311. | Audio Recording of February 13, 2014, CHP CIIT Interview of AMR Paramedic Nathan Carr |
| 312. | Audio Recording of February 17, 2014, CHP CIIT Interview of AMR EMT Britney Campos |
| 313. | Audio Recording of February 13, 2014, CHP CIIT Interview of San Diego Fire Department Captain Jesse Conner |
| 314. | Audio Recording of February 13, 2014, CHP CIIT Interview of San |

5

| NUMBER | DESCRIPTION |
|---|---|
| | Diego Fire Department Firefighter John O'Neal |
| 315. | Audio Recording of February 26, 2014, Interview of San Diego Fire Department Engineer/Paramedic Firefighter Robert Herman |
| 316. | Mobile Video Audio Recording System (MVARS) recording from Officer Sergio Flores's vehicle for February 4, 2014, incident |
| 317. | MVARS recording from Officer Eliazar Colunga's vehicle for February 4, 2014, incident. |
| 318. | MVARS recording from Officer Udan's vehicle for February 4, 2014, incident. |
| 319. | Critical Incident Investigation Team Report (as produced in discovery with redacted privileged and confidential information) |
| 320. | Officer Sergio Flores's February 5, 2014, Arrest-Investigation Report (CHP 216) for February 4, 2014 arrest |
| 321. | Officer Eliazar Colunga's Traffic Collision Report, 14-02-034, for February 4, 2014, traffic collision, with Udan Narrative Supplemental and CHP 180 Vehicle Report |
| 322. | Transcript of Deposition of Jacob Gregoire (and all exhibits attached thereto) |
| 323. | Transcript of Deposition of Captain David Albright (and all exhibits attached thereto) |
| 324. | Synced Video/Audio of Deposition of Jacob Gregoire |
| 325. | Synced Video/Audio of Deposition of Captain David Albright |
| 326. | Still photo # 1 from news video of incident |
| 327. | Still photo # 2 from news video of incident |
| 328. | Still photo # 3 from news video of incident |
| 329. | Still photo # 4 from news video of incident |
| 330. | Still photo # 5 from news video of incident |
| 331. | Still photo # 6 from news video of incident |
| 332. | Still photo # 7 from news video of incident |
| 333. | Still photo # 8 from news video of incident |
| 334. | Still photo # 9 from news video of incident |
| 335. | Still photo # 10 from news video of incident |
| 336. | Still photo # 11 from news video of incident |
| 337. | Still photo # 12 from news video of incident |
| 338. | Still photo # 13 from news video of incident |
| 339. | Still photo # 14 from news video of incident |
| 340. | Still photo # 15 from news video of incident |
| 341. | Still photo # 16 from news video of incident |
| 342. | Still photo # 17 from news video of incident |
| 343. | Still photo # 18 from news video of incident |
| 344. | Still photo # 19 from news video of incident |
| 345. | Still photo # 20 from news video of incident |
| 346. | Still photo # 21 from news video of incident |
| 347. | Still photo # 22 from news video of incident |
| 348. | Still photo # 23 from news video of incident |
| 349. | Still photo # 24 from news video of incident |
| 350. | Still photo # 25 from news video of incident |
| 351. | Still photo # 26 from news video of incident |
| 352. | Still photo # 27 from news video of incident |
| 353. | Still photo # 28 from news video of incident |

DEFENDANTS' PRETRIAL DISCLOSURES (14-cv-01749-GPC (DHB))

| NUMBER | DESCRIPTION |
|--------|-------------|
| 354. | Still photo # 29 from news video of incident |
| 355. | Still photo # 30 from news video of incident |
| 356. | Video clip # 1 from news video of incident, with deletion of audio |
| 357. | Video clip # 2 from news video of incident, with deletion of audio |
| 358. | Video clip # 3 from news video of incident, with deletion of audio |
| 359. | Video clip # 4 from news video of incident, with deletion of audio |
| 360. | Video clip # 5 from news video of incident, with deletion of audio |
| 361. | Video clip # 6 from news video of incident, with deletion of audio |
| 362. | Video clip # 7 from news video of incident, with deletion of audio |
| 363. | Video clip # 8 from news video of incident, with deletion of audio |
| 364. | Video clip # 9 from news video of incident, with deletion of audio |
| 365. | Video clip # 10 from news video of incident, with deletion of audio |
| 366. | Video clip # 11 from news video of incident, with deletion of audio |
| 367. | Video clip # 12 from news video of incident, with deletion of audio |
| 368. | Video clip # 13 from news video of incident, with deletion of audio |
| 369. | Video clip # 14 from news video of incident, with deletion of audio |
| 370. | Video clip # 15 from news video of incident, with deletion of audio |
| 371. | Video clip # 16 from news video of incident, with deletion of audio |

**B.  Exhibits Defendants will Offer if Need Arises**

| | DESCRIPTION |
|--------|-------------|
| 372. | Subpoena Documents and Plaintiff's Kaiser Permanente Mental Health Records, produced under subpoena (custodian declaration signed on March 20, 2015. |
| 373. | Roger Clark's September 7, 2015, expert witness report |
| 374. | Breffni Barrett's September 8, 2015, expert witness report |
| 375. | Greg Meyer's Curriculum Vitae |
| 376. | Dominick Addario, M.D.'s Curriculum Vitae |
| 377. | Officer Christopher T. Stout's Statement of Departmental Experience (Curriculum Vitae) |
| 378. | Greg Meyer's September 4, 2015 Expert Witness Report and all exhibits attached thereto |
| 379. | Dominick Addario, M.D.'s September 1, 2015, Expert Witness Report and all exhibits attached thereto |
| 380. | Dominick Addario, M.D.'s October 6, 2015, Supplemental/Rebuttal Expert Witness Report and all exhibits attached thereto |
| 381. | Greg Meyer's October 7, 2015, Supplemental/Rebuttal Expert Witness Report and all exhibits attached thereto. |
| 382. | Defendant California Highway Patrol's Interrogatories to Plaintiff (Set No. One) served on February 19, 2015 |
| 383. | Plaintiff's Responses to Defendant California Highway Patrol's Interrogatories (Set No. One) (served on March 9, 2015. |
| 384. | Law Enforcement Guide for Emergency Operations, California Office of Emergency Services, 2014 Edition |
| 385. | Foundation for the Standardized Emergency Management System (SEMS), California Emergency Management Agency, 2010 |
| 386. | California Highway Patrol Manual (HPM) 50.1, Chapter 2 |

7

| | | DESCRIPTION |
|---|---|---|
| | | "Emergency Incident Management and the Incident Command System" (also including annexes). |
| | 387. | California Highway Patrol Manual (HPM) 70.6, Chapter 14, "Freeway Accident/Incident Procedures" |
| | 388. | California Highway Patrol Manual (HPM) 70.6, Chapter 15 "Freeway Congestion" |
| | 389. | Best Practices for Emergency and Roadway Operations Safety in the Emergency Services, International Association of Firefighters, Federal Emergency Management Agency, National Institute of Justice, 2010 |
| | 390. | SEMS Guidelines, Standardized Emergency Management System, California Emergency Management Agency, 2009 |
| | 391. | Best Practices in Traffic Incident Management, Federal Highway Administration, United States Department of Transportation, 2010 |
| | 392. | U.S. Fire Administration Traffic Incident Management Systems, April 2008 |
| | 393. | Audio recording of Chula Vista Fire Department Dispatch Logs for February 4, 2014, incident – audio file CVCMD6F - Garcia |
| | 394. | Audio recording of Chula Vista Fire Department Dispatch Logs for February 4, 2014, incident – audio file CVDISP6B - Garcia |
| | 395. | Audio recording of Chula Vista Fire Department Dispatch Logs for February 4, 2014, incident – audio file CVTAC6G - Garcia |
| | 396. | Audio Recording of CHP Border Communication Center Dispatch Logs for February 4, 2014, incident. |
| | 397. | Caltrans Construction Photo 1 |
| | 398. | Caltrans Construction Photo 2 |
| | 399. | Caltrans Construction Photo 3 |
| | 400. | Caltrans Construction Photo 4 |
| | 401. | Caltrans Construction Photo 5 |
| | 402. | Caltrans Construction Photo 6 |
| | 403. | Caltrans Construction Photo 7 |
| | 404. | Caltrans Construction Photo 8 |
| | 405. | Caltrans Construction Photo 9 |
| | 406. | CHP CAD Incident Detail Report – Incident Number 140204BC00909 |
| | 407. | SDMSE CADView – Incident Detail Report, Incident Number – CV14001832 (Chula Vista Fire Department CAD Log for February 4, 2014, incident). |
| | 408. | February 18, 2014, 4:12 p.m. email from Matthias Hoang (American Medical Response) to Lieutenant Ruano (containing AMR dispatch log for February 4, 2014, incident 1401533. |
| | 409. | February 5, 2014, 7:51 a.m., email from Andrew Mathews to Darrell Roberts; Robert Nelson; cc John McLintock; Subject: I-805 Incident. |
| | 410. | CALTRANS Project Diagram – Attachment 14 to CIIT Report. |
| | 411. | Subpoena documents and Plaintiff's employment records as obtained through subpoena, with custodian certifications of May 7, 2015 |
| | 412. | Synced Audio/Video and written Transcript of Deposition of Eliazar Colunga |
| | 413. | Synced Audio/Video and written Transcript of Deposition of Sergeant Nicole Pacheco |

8

| | DESCRIPTION |
|---|---|
| 414. | Synced Audio/Video and written Transcripts of Depositions of Sergio Flores |
| 415. | RESERVED |
| 416. | RESERVED |
| 417. | RESERVED |
| 418. | RESERVED |
| 419. | RESERVED |
| 420. | RESERVED |
| 421. | RESERVED |
| 422. | RESERVED |
| 423. | RESERVED |
| 424. | RESERVED |
| 425. | RESERVED |
| 426. | RESERVED |
| 427. | RESERVED |

Dated:  February 5, 2016                     Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General


s/DOUGLAS E. BAXTER
DOUGLAS E. BAXTER
Deputy Attorney General
*Attorneys for Defendants State of California (by and through the California Highway Patrol) and Sergio Flores*

DEB:JLH
SD2014707454
81258997.doc

9

## CERTIFICATE OF SERVICE

Case Name:  **Gregoire v. CHP**          No.    **14-cv-01749-GPC (DHB)**

I hereby certify that on <u>February 5, 2016</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### DEFENDANTS' PRETRIAL DISCLOSURES [Fed. R. Civ. Proc. 26(a)(3)]

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>February 5, 2016</u>, at San Diego, California.

J. L. Hall
Declarant

Signature

SD2014707454
81261538.doc