KAMALA D. HARRIS
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General
DOUGLAS E. BAXTER
Deputy Attorney General
State Bar No. 201351
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone:  (619) 645-2034
  Fax:          (619) 645-2012
  E-mail:  Douglas.Baxter@doj.ca.gov
*Attorneys for Defendants State of California
(by and through the California Highway
Patrol) and Sergio Flores*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREGOIRE,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20,<br><br>  Defendants. | Case No.: 14-cv-01749-GPC (DHB)<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRETRIAL DISCLOSURES**<br><br>Date:         Ex Parte<br>Time:        Ex Parte<br>Courtroom: Tenth Floor (Annex)<br>Judge:       The Honorable David H. Bartick |

**TO THE ABOVE-ENTITLED COURT:**

Plaintiff and Defendants jointly request a brief extension of time (i.e., to next Wednesday, February 24, 2016) to file and serve their objections to pretrial disclosures. Currently, the objections are due this Friday, February 19, 2016. Doc. 15, ¶ 9. The parties have met and conferred pursuant to Civil Local Rule 16.1(f)(4) to exchange and discuss exhibits and pretrial disclosures. However, the parties are

discussing potential additional issues, exhibits, and matters that need further review.  These matters impact the potential objections to pretrial disclosures.

    This joint motion is supported by the accompanying memorandum of points and authorities and the proposed order.

Dated:  February 17, 2016

Respectfully submitted,

GILLEON LAW FIRM

s/Daniel M. Gilleon
Daniel M. Gilleon, Esq.
*Attorneys for Plaintiff Jacob Gregoire*

Dated:  February 17, 2016

Respectfully submitted,

LAW OFFICE OF STEVE HOFFMAN

s/Stephen E. Hoffman
Stephen E. Hoffman, Esq.
*Attorneys for Plaintiff Jacob Gregoire*

Dated:  February 17, 2016

Respectfully submitted,

CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP

s/Thomas D. Luneau
Thomas D. Luneau, Esq.
*Attorneys for Plaintiff Jacob Gregoire*

Dated: February 17, 2016

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General
DOUGLAS E. BAXTER

s/DOUGLAS E. BAXTER
DOUGLAS E. BAXTER
Deputy Attorney General
*Attorneys for Defendants State of California (by and through the California Highway Patrol) and Sergio Flores*

I, Douglas E. Baxter, by my signature above, affirm and certify that all other signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DEB:JLH
SD2014707454
81269902.doc