KAMALA D. HARRIS
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General
DOUGLAS E. BAXTER
Deputy Attorney General
State Bar No. 201351
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 645-2034
 Fax:          (619) 645-2012
 E-mail:  Douglas.Baxter@doj.ca.gov
*Attorneys for Defendants State of California
(by and through the California Highway
Patrol) and Sergio Flores*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREGOIRE,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20,<br><br>Defendants. | Case No.: 14-cv-01749 GPC (DHB)<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRETRIAL DISCLOSURES**<br><br>Date:         Ex Parte<br>Time:        Ex Parte<br>Courtroom: Tenth Floor (Annex)<br>Judge:       The Honorable David H. Bartick |

## INTRODUCTION

All parties to this action jointly bring this Motion to request an extension to February 24, 2016, to file and serve their objections to pretrial disclosures. The grounds for the request are set forth in the parties' Joint Motion.

/ / /

1

MEMO. OF P'S AND A'S IN SUPPORT OF JOINT MOTION FOR EXTENSION OF TIME
TO FILE OBJECTIONS TO PRETRIAL DISCLOSURES (14-cv-01749-GPC (DHB))

## ARGUMENT

The Court has the authority to modify its scheduling order pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure. This provision provides: "A schedule may be modified only for good cause and with the judge's consent." In addition, Rule 6(b) of the Federal Rules of Civil Procedure provides in pertinent part:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time:
>
> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]

In addition to these statutory sources of authority to modify the deadline for filing a motion to compel, the Court has the inherent power to control and manage its docket and the course of proceedings. *Southern California Edison Co. v. Lynch*, 307 F.3d 794, 807 (9th Cir. 2002) (citing *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992)).

"Good cause" to modify a scheduling order exists if the deadline for which modification is sought cannot reasonably be met despite the moving party's diligence. *Noyes v. Kelly Services*, 488 F.3d 1163, 1174 n. 6 (9th Cir. 2007); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

## CONCLUSION

For the reasons stated in the Joint Motion for Extension of Time to File Objections to Pretrial Disclosures, there is good cause to grant the parties' request for an extension of time to February 24, 2016, to file objections to pretrial disclosures.

2

MEMO. OF P'S AND A'S IN SUPPORT OF JOINT MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRETRIAL DISCLOSURES (14-cv-01749-GPC (DHB))

| | | |
|---|---|---|
| 1 | Dated: February 17, 2016 | Respectfully submitted, |
| 2 | | CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | S/THOMAS D. LUNEAU<br>THOMAS D. LUNEAU, ESQ.<br>*Attorneys for Plaintiff Jacob Gregoire* |
| 7 | | |
| 8 | Dated: February 17, 2016 | Respectfully submitted, |
| 9 | | GILLEON LAW FIRM |
| 10 | | |
| 11 | | S/DANIEL M. GILLEON<br>DANIEL M. GILLEON, ESQ.<br>*Attorneys for Plaintiff Jacob Gregoire* |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | Dated: February 17, 2016 | Respectfully submitted, |
| 16 | | LAW OFFICE OF STEVE HOFFMAN |
| 17 | | |
| 18 | | S/STEPHEN E. HOFFMAN<br>STEPHEN E. HOFFMAN, ESQ.<br>*Attorneys for Plaintiff Jacob Gregoire* |
| 19 | | |
| 20 | | |

3

MEMO. OF P'S AND A'S IN SUPPORT OF JOINT MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRETRIAL DISCLOSURES (14-cv-01749-GPC (DHB))

| | | |
|---|---|---|
| 1 | Dated: February 17, 2016 | Respectfully submitted, |
| 2 | | KAMALA D. HARRIS<br>Attorney General of California |
| 3 | | RICHARD F. WOLFE<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | |
| 6 | | S/DOUGLAS E. BAXTER<br>DOUGLAS E. BAXTER |
| 7 | | Deputy Attorney General<br>*Attorneys for Defendants State of California (by and through the California Highway Patrol) and Sergio Flores* |
| 8 | | |
| 9 | | |

I, Douglas E. Baxter, by my signature above, affirm and certify that all other signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DEB:JLH
SD2014707454
81269979.doc

4

MEMO. OF P'S AND A'S IN SUPPORT OF JOINT MOTION FOR EXTENSION OF TIME
TO FILE OBJECTIONS TO PRETRIAL DISCLOSURES (14-cv-01749-GPC (DHB))