# CERTIFICATE OF SERVICE

Case Name:  **Gregoire v. CHP**          No.   **14-cv-01749-GPC (DHB)**

I hereby certify that on February 17, 2016, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **JOINT MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRETRIAL DISCLOSURES**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRETRIAL DISCLOSURES**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 17, 2016, at San Diego, California.

| J. L. Hall | _[signature]_ |
|---|---|
| Declarant | Signature |

SD2014707454
81270219.doc