UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREGOIRE,<br><br>                              Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20,<br>                             Defendants. | Case No.: 14cv1749-GPC (DHB)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRETRIAL DISCLOSURES**<br><br>**[ECF No. 47]** |

On February 17, 2016, the parties filed a joint motion requesting a five-day continuance of their February 19, 2016 deadline to file and serve written objections to pretrial disclosures. Good cause appearing, the Court **GRANTS** the joint motion. The parties' deadline to file and serve written objections to pretrial disclosures is continued to **February 24, 2016**.

      IT IS SO ORDERED.

Dated: February 18, 2016

DAVID H. BARTICK
United States Magistrate Judge