KAMALA D. HARRIS
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General
DOUGLAS E. BAXTER
Deputy Attorney General
State Bar No. 201351
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 645-2034
 Fax:          (619) 645-2012
 E-mail:  Douglas.Baxter@doj.ca.gov
*Attorneys for Defendants State of California
(by and through the California Highway
Patrol) and Sergio Flores*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREGOIRE,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20,<br><br>Defendants. | Case No.: 14-cv-01749-GPC (DHB)<br><br>**NOTICE OF APPEAL**<br><br>Judge:     The Honorable<br>              Gonzalo P. Curiel |

Notice is hereby given that Defendants State of California (by and through the California Highway Patrol) and Sergio Flores hereby appeal the District Court's February 16, 2016, Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment (Dist. Ct. ECF Doc. 46), which included the District Court's denial of Defendant Sergio Flores' qualified immunity defenses. Defendants appeal the District Court's Order denying Defendants' Motion for

1

NOTICE OF APPEAL (14-cv-01749-GPC (DHB))

Summary Judgment. This appeal of the District Court's ruling is to the United States Court of Appeals for the Ninth Circuit.

Dated: February 25, 2016

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General

s/DOUGLAS E. BAXTER
DOUGLAS E. BAXTER
Deputy Attorney General
*Attorneys for Defendants State of California (by and through the California Highway Patrol) and Sergio Flores*

DEB:JLH
SD2014707454
81277291.doc