KAMALA D. HARRIS
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General
DOUGLAS E. BAXTER
Deputy Attorney General
State Bar No. 201351
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2034
 Fax:         (619) 645-2012
 E-mail: Douglas.Baxter@doj.ca.gov
*Attorneys for Defendants State of California (by and through the California Highway Patrol) and Sergio Flores*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREGOIRE,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20,<br><br>Defendants. | Case No.: 14-cv-01749-GPC (DHB)<br><br>**REPRESENTATION STATEMENT**<br><br>Judge:  The Honorable<br>         Gonzalo P. Curiel |

For purposes of their Notice of Appeal, Defendants State of California (by and through the California Highway Patrol) and Sergio Flores are represented by Douglas E. Baxter, Deputy Attorney General, 600 West Broadway, Suite 1800, San Diego, CA 92101; Tel.: (619) 645-2034: email: douglas.baxter@doj.ca.gov.

Plaintiff Jacob Gregoire is represented by the following attorneys:

(1) Daniel M. Gilleon, Esq. (SBN 195200), The Gilleon Law Firm, 1320 Columbia Street, Suite 200, San Diego, CA 92101: Tel.: (619) 702-8623; email: dmg@mglawyers.com.

1     (2)  Steve Hoffman, Esq. (SBN 237466); Law Office of Steve Hoffman, 1320 Columbia Street, Suite 200, San Diego, CA 92101; Tel.: (619) 702-8623; email: shoffmanlaw@gmail.com.

    (3)  Thomas D. Luneau, Esq. (SBN 145804); Casey Gerry Schenk Francavilla Blatt & Penfield, LLP; 110 Laurel Street, San Diego, CA 92101; Tel.: (619) 238-1811; email: tdl@cglaw.com.

Dated:  February 25, 2016                 Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General


s/DOUGLAS E. BAXTER
DOUGLAS E. BAXTER
Deputy Attorney General
*Attorneys for Defendants State of California (by and through the California Highway Patrol) and Sergio Flores*

DEB:JLH
SD2014707454
81277789.doc