# CERTIFICATE OF SERVICE

Case Name: **Gregoire v. CHP**          No.     **14-cv-01749-GPC (DHB)**

I hereby certify that on <u>February 25, 2016</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**1. NOTICE OF APPEAL**

**2. REPRESENTATION STATEMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>February 25, 2016</u>, at San Diego, California.

|  |  |
|---|---|
| J. L. Hall | *[signature]* |
| Declarant | Signature |

SD2014707454
81277930.doc