1  Thomas D. Luneau, SBN 145804
   *tdl@cglaw.com*
2  Jeremy Robinson, SBN 188325
   *jrobinson@cglaw.com*
3  **CASEY GERRY SCHENK**
   **FRANCAVILLA BLATT & PENFIELD, LLP**
4  110 Laurel Street
   San Diego, CA  92101
5  Telephone: (619) 238-1811
   Facsimile: (619) 544-9232
6
7  Attorneys for Plaintiff
8
9
10              UNITED STATES DISTRICT COURT
11              SOUTHERN DISTRICT OF CALIFORNIA

12 | JACOB GREGOIRE,                    | CASE NO. 14-cv-1749-GPC (DHB)
13 |           Plaintiff,               | Judge:  Hon. Gonzalo P. Curiel
   |                                    | Dept:   9
14 | v.                                 |
   |                                    | **NOTICE OF APPEARANCE**
15 | CALIFORNIA HIGHWAY PATROL, an      |
   | agency of the State of California; |
16 | SERGIO FLORES, and DOES 1 to 20,   |
17 |           Defendants.              |

18
19     The undersigned hereby notifies this Court that the following attorney shall appear
20 as co-counsel of record for the plaintiff in the above-captioned case:
21 Jeremy Robinson (SBN 188325)
   jrobinson@cglaw.com
22 **CASEY, GERRY SCHENK**
   **FRANCAVILLA BLATT & PENFIELD, LLP**
23 110 Laurel Street
24 San Diego, CA 92101
   (619) 238-1811
25 (619) 544-9232
26
   ///
27
   ///
28

759                                                              Page 1
NOTICE OF APPEARANCE

1 | and requests that he be added as Attorney to be Noticed on the Court's ECF system.

2 | Dated:  March 11, 2016             CASEY GERRY SCHENK
                                       FRANCAVILLA BLATT & PENFIELD, LLP

4 |                                    By:   /s/Jeremy Robinson
                                             JEREMY ROBINSON
5 |                                          Attorneys for Plaintiff