KAMALA D. HARRIS
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General
DOUGLAS E. BAXTER
Deputy Attorney General
State Bar No. 201351
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 645-2034
 Fax:          (619) 645-2012
 E-mail:  Douglas.Baxter@doj.ca.gov
*Attorneys for Defendants State of California
(by and through the California Highway
Patrol and Sergio Flores*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREGOIRE,<br><br>                                         Plaintiff,<br><br>       v.<br><br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20,<br><br>                                         Defendants. | Case No.: 14-cv-01749-GPC (DHB)<br><br>**DEFENDANTS' NOTICE OF EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO REQUEST TO DECLARE APPEAL FRIVOLOUS**<br><br>Date:         Ex Parte<br>Time:        Ex Parte<br>Courtroom: 2D<br>Judge:       The Honorable Gonzalo P. Curiel |

**TO PLAINTIFF, JACOB GREGOIRE (BY AND THROUGH HIS ATTORNEYS OF RECORD), AND THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendants State of California (by and through the California Highway Patrol) and Sergio Flores respectfully submit this Ex Parte Application for an Order extending the deadline for Defendants to file an Opposition to Plaintiff's March 11, 2016, Brief re: Whether the Appeal by the State of California is Frivolous (Doc. 56).  Currently, the deadline for filing an Opposition is March 18, 2016.  See Order Vacating Pretrial Conference Date and

Setting Briefing Schedule (Doc. 55).  On the grounds stated in the Declaration of Douglas E. Baxter in Support of Defendants' Ex Parte Application for Extension of time to File Opposition to Request to Declare Appeal Frivolous (served and filed herewith), Defendants are requesting an extension to Thursday, March 24, 2016.

This request is based on this Notice of Ex Parte Application, the supporting Memorandum of Points and Authorities, the supporting Declaration of Douglas E. Baxter, and the proposed Order (all served and filed herewith).

## MEET AND CONFER

As noted on page 6, paragraph 19, of the Declaration of Douglas E. Baxter, defense counsel emailed a draft of the ex parte papers to Plaintiff's attorneys Steve Hoffman and Thomas D. Luneau on Monday, March 14, 2016.  The morning of March 15, 2016, defense counsel spoke on the telephone with Mr. Hoffman about the ex parte request.  Mr. Hoffman informed defense counsel that he does not oppose the request for an extension to Thursday, March 24, 2016, to file Defendants' opposition brief.  The afternoon of March 15, 2016, defense counsel spoke with Mr. Luneau, who also confirmed that he does not oppose this ex parte request.  Mr. Hoffman and Mr. Luneau emailed defense counsel to confirm that they do not oppose the request.

Dated:  March 15, 2016

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General


S/DOUGLAS E. BAXTER
DOUGLAS E. BAXTER
Deputy Attorney General
*Attorneys for Defendants State of California (by and through the California Highway Patrol) and Sergio Flores*

SD2014707454
81292537.doc