
KAMALA D. HARRIS
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General
DOUGLAS E. BAXTER
Deputy Attorney General
State Bar No. 201351
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone:  (619) 645-2034
  Fax:       (619) 645-2012
  E-mail:  Douglas.Baxter@doj.ca.gov
*Attorneys for Defendants State of California (by and through the California Highway Patrol) and Sergio Flores*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREGOIRE,<br><br>                  Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20,<br><br>                  Defendants. | Case No.: 14-cv-01749-GPC (DHB)<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO REQUEST TO DECLARE APPEAL FRIVOLOUS**<br><br>Date:       Ex Parte<br>Time:      Ex Parte<br>Courtroom: 2D<br>Judge:     The Honorable Gonzalo P. Curiel |

## INTRODUCTION

Defendants State of California (by and through the California Highway Patrol) and Sergio Flores respectfully bring this Ex Parte Application for an extension of time to file their Opposition to Plaintiff's Brief re: Whether the Appeal by the State of California is Frivolous (Doc. 56). Defendants are seeking an extension from the current deadline of March 18, 2016, to March 24, 2016. The grounds for this request are stated in the Declaration of Douglas E. Baxter in Support of

1

Defendants' Ex Parte Application for Extension of Time to File Opposition to Request to Declare Appeal Frivolous.

## ARGUMENT

Rule 6(b) of the Federal Rules of Civil Procedure provides in pertinent part:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time:
>
> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]

In addition, the Court has the inherent power to control and manage its docket and the course of proceedings. *Southern California Edison Co. v. Lynch*, 307 F.3d 794, 807 (9th Cir. 2002) (citing *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992)).

"Good cause" to modify a scheduling or briefing order exists if the deadline for which modification is sought cannot reasonably be met despite the moving party's diligence. *Noyes v. Kelly Services*, 488 F.3d 1163, 1174 n. 6 (9th Cir. 2007); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

## CONCLUSION

For the reasons stated in this Ex Parte Application, there is good cause to grant Defendants' request to extend the deadline for their Opposition to March 24, 2016.

Dated:  March 15, 2016

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General


S/DOUGLAS E. BAXTER
DOUGLAS E. BAXTER
Deputy Attorney General
*Attorneys for Defendants State of California (by and through the California Highway Patrol) and Sergio Flores*

SD2014707454
81292559.doc