## CERTIFICATE OF SERVICE

Case Name:   **Gregoire v. CHP**                    No.   **14-cv-01749-GPC (DHB)**

I hereby certify that on <u>March 15, 2016</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**1.       DEFENDANTS' NOTICE OF EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO REQUEST TO DECLARE APPEAL FRIVOLOUS**

**2.       MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO REQUEST TO DECLARE APPEAL FRIVOLOUS**

**3.       DECLARATION OF DOUGLAS E. BAXTER IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO REQUEST TO DECLARE APPEAL FRIVOLOUS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>March 15, 2016</u>, at San Diego, California.

_____                    _____
J. L. Hall                                                                     Signature
Declarant

SD2014707454
81294336.doc