# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREGOIRE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20,<br><br>　　　　　　　　　　Defendants. | Case No. 14-cv-01749-GPC (DHB)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE REQUEST FOR EXTENSION OF TIME** |

　　Based on the Defendants' Ex Parte Application for Extension of Time to File Opposition to Request to Declare Appeal Frivolous, and good cause appearing thereon, **IT IS HEREBY ORDERED:**

　　Defendants' deadline to file an Opposition to Plaintiff's Brief re: Whether the Appeal by the State of California is Frivolous (Doc. 56) is extended to **March 24, 2016**.

　　**IT IS SO ORDERED.**

Dated:  March 16, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Gonzalo Curiel
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1