| | |
|---|---|
| 1 | KAMALA D. HARRIS |
| | Attorney General of California |
| 2 | RICHARD F. WOLFE |
| | Supervising Deputy Attorney General |
| 3 | DOUGLAS E. BAXTER |
| | Deputy Attorney General |
| 4 | State Bar No. 201351 |
| | 600 West Broadway, Suite 1800 |
| 5 | San Diego, CA 92101 |
| | P.O. Box 85266 |
| 6 | San Diego, CA 92186-5266 |
| | Telephone: (619) 738-9567 |
| 7 | Fax: (619) 645-2012 |
| | E-mail: Douglas.Baxter@doj.ca.gov |
| 8 | *Attorneys for Defendants* |
| | *California Highway Patrol and Sergio* |
| 9 | *Flores* |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHWEST DISTRICT

| | |
|---|---|
| JACOB GREGOIRE, | 14-cv-01749-GPC (DHB) |
| Plaintiff, | **NOTICE OF CHANGE OF PHONE NUMBER** |
| v. | |
| CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20, | |
| Defendants. | |

**Please take notice** that effective June 13, 2016, the contact information for counsel for Defendants California Highway Patrol and Sergio Flores is as follows:

/ / /

/ / /

/ / /

/ / /

1

Notice of Change of Phone Number (14-cv-01749-GPC (DHB))

Douglas E. Baxter
Deputy Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
**Telephone: (619) 738-9567**
Fax: (619) 645-2012
E-mail: Douglas.Baxter@doj.ca.gov

Dated: June 27, 2016

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California

s/DOUGLAS E. BAXTER
DOUGLAS E. BAXTER
Deputy Attorney General
*Attorneys for Defendants*
*California Highway Patrol*

SD2014707454
81362332.docx

# CERTIFICATE OF SERVICE

Case Name:   **Gregoire v. CHP**                           No.    **14-cv-01749-GPC (DHB)**

I hereby certify that on <u>June 27, 2016</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF CHANGE OF PHONE NUMBER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>June 27, 2016</u>, at San Diego, California.

|  J. L. Hall  |  /s/ signature  |
|  Declarant   |  Signature      |

SD2014707454