XAVIER BECERRA
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General
DOUGLAS E. BAXTER
Deputy Attorney General
State Bar No. 201351
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 738-9567
 Fax:         (619) 645-2581
 E-mail:  Douglas.Baxter@doj.ca.gov
*Attorneys for Defendants State of California (by and through the California Highway Patrol) and Sergio Flores*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREGOIRE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20,<br><br>　　　　　　　　　　Defendants. | No.: 3:14-cv-01749-GPC-RNB<br><br>**PARTIES' JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. Proc. 41(a)(1)(A)(ii)]<br><br>Date:　　　UNDER SUBMISSION<br>Time:　　　UNDER SUBMISSION<br>Courtroom: 2D<br>Judge:　　　The Honorable Gonzalo P. Curiel |

COME NOW Plaintiff, Jacob Gregoire, and Defendants State of California (by and through the California Highway Patrol) and Sergio Flores (all by and through their attorneys of record) and jointly request that this entire action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The matter has resolved through settlement. Each party is to bear its own court fees, attorney's fees, and costs for this entire action.

1

JOINT MOTION TO DISMISS ACTION WITH PREJUDICE, WITH RETENTION OF MAGISTRATE JURISDICTION TO ENFORCE SETTLEMENT (3:14-cv-01749-GPC-RNB)

Dated:  June 27, 2018                Respectfully submitted,

GILLEON LAW FIRM


s/Daniel M. Gilleon
Daniel M. Gilleon, Esq.
*Attorneys for Plaintiff Jacob Gregoire*


Dated:  June 27, 2018                Respectfully submitted,

LAW OFFICE OF STEVE HOFFMAN


s/Stephen E. Hoffman
Stephen E. Hoffman, Esq.
*Attorneys for Plaintiff Jacob Gregoire*


Dated:  June 27, 2018                Respectfully submitted,

CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP


s/Thomas D. Luneau
Thomas D. Luneau, Esq.
*Attorneys for Plaintiff Jacob Gregoire*

| | | |
|---|---|---|
| 1 | Dated: June 27, 2018 | Respectfully submitted, |
| 2 | | XAVIER BECERRA<br>Attorney General of California |
| 3 | | RICHARD F. WOLFE<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | |
| 6 | | S/DOUGLAS E. BAXTER<br>DOUGLAS E. BAXTER |
| 7 | | Deputy Attorney General<br>*Attorneys for Defendants* |
| 8 | | *State of California (by and through the California Highway Patrol) and Sergio Flores* |

I, Douglas E. Baxter, by my signature above, affirm and certify that all other signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

SD2014707454
81983158.docx

3

## CERTIFICATE OF SERVICE

Case Name:  **Gregoire v. CHP**          No.   3:14-cv-01749-GPC-RNB

I hereby certify that on June 28, 2018, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**PARTIES' JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 28, 2018, at San Diego, California.

S. Venegas
Declarant

Signature

SD2014707454
71511789.docx