# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB GREGOIRE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA HIGHWAY PATROL, an agency of the State of California; SERGIO FLORES, and DOES 1 to 20,<br><br>　　　　　　　　　　Defendants. | Case No. 3:14-cv-01749-GPC-RNB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

Based on the Parties' Joint Motion to Dismiss Action with Prejudice, this case is hereby dismissed with prejudice. Each party is to bear its own court fees, attorney's fees, and costs for this entire action.

**IT IS SO ORDERED.**

Dated: June 28, 2018

　　　　　　　　　　　　　　　　　　　　　　_/s/ Gonzalo Curiel_
　　　　　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1